Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendants and Counterclaim-Plaintiffs,
International Game Technology and IGT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiff and Counterclaim-Defendants, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Defendant. <br><br> and IGT, <br><br> Defendant and Counterclaim-Plaintiff. | Case No. C-06-3717-JSW <br><br> **STIPULATION ENLARGING TIME FOR DEFENDANTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT** <br><br> AND ORDER |

1  Pursuant to Civil Local Rule 6-1(a), Defendants, IGT and International Game
2  Technology, and Plaintiffs, Aristocrat Technologies Australia Pty Limited and Aristocrat
3  Technologies, Inc., hereby stipulate that Defendants shall have a 25-day extension of time, to and
4  including July 28, 2006, in which to answer, respond, or otherwise plead to the Plaintiffs'
5  Complaint.  It is the intent and desire of the parties that this extension of time will not alter the
6  date of any event or deadline already fixed by the Court.  This is the first request for an extension
7  made by either party in this matter.

8  DATED:  June 30, 2006                    ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                            By: _____/ s /_____
                                                Eric L. Wesenberg (State Bar No. 139696)
                                                ewesenberg@orrick.com
                                                1000 Marsh Road
                                                Menlo Park, CA  94025-1015
                                                Telephone: (650) 614-7400
                                                Facsimile: (650) 614-7401

                                            Attorneys for Defendants
                                            International Game Technology and IGT

15  DATED:  June 30, 2006                   MCDERMOTT WILL & EMERY LLP

                                            By: _____/ s /_____
                                                Anthony de Alcuaz
                                                adealcuaz@mwe.com
                                                3150 Porter Drive
                                                Palo Alto, California  94041

                                            Attorneys for Plaintiffs
                                            Aristocrat Technologies Australia Pty
                                            Limited and Aristocrat Technologies, Inc.

8/14/2006

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -    STIPULATION ENLARGING TIME FOR DEFENDANTS
         TO ANSWER, RESPOND OR OTHERWISE PLEAD TO
         THE COMPLAINT, CASE NO. C-06-3717-JSW