TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | Case No. C 06-3717 (MJJ)<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE DATE FOR ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED AND ARISTOCRAT TECHNOLOGIES, INC. TO FILE REPLY TO DEFENDANTS' COUNTERCLAIMS**<br><br>**Before: Honorable Judge Martin J. Jenkins** |

This Stipulation and [Proposed] Order is entered into in light of the following:

1. On July 28, 2006, IGT filed its answer, defenses and counterclaims.

2. On August 17, 2006, Aristocrat filed it Motion to Strike, counterclaims of defendants.

3. On September 25, 2006, the Court denied Aristocrat's Motion to Strike.

4. Pursuant to Fed. R. Civ. Proc., Rule 12, Plaintiffs' reply to Defendants' counterclaims is due on October 5, 2006.

5. Aristocrat has requested, and IGT has agreed to, a one week extension of time for Aristocrat to file its reply to IGT's counterclaims.

ACCORDINGLY, IT IS HEREBY STIPULATED, that the time presently set for the filing and service of Aristocrat's reply to IGT's counterclaims may be extended from October 5, 2006 until October 12, 2006.

Dated: October 3, 2006

KLARQUIST SPARKMAN, LLP

By: ___/s/Jeffrey Love_____
Jeffrey Love
Samir Pandya
Garth A. Winn
Attorneys for Defendants
INTERNATIONAL GAME
TECHNOLOGY AND IGT

Dated: October 3, 2006

MC DERMOTT WILL & EMERY LLP

By: /s/ Arturo E. Sandoval
Terrence P. McMahon
Anthony de Alcuaz
Arturo E. Sandoval
Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES
AUSTRALIA PTY LTD and
ARISTOCRAT TECHNOLOGIES, INC.

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: 10/10/2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE