TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY de ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT E. BLANCH (State Bar No. 1896632)
rblanch@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No. C-06 3717-MJJ <br><br> ELECTRONIC CASE FILING <br><br> [PROPOSED] ORDER GRANTING ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED AND ARISTOCRAT TECHNOLOGIES, INC.'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND TO MODIFY JOINT PRE-TRIAL SCHEDULING ORDER <br><br> Date: Tuesday, January 16, 2007 <br> Time: 9:30 a.m. <br> Department: Room 11, 19th floor, SF <br> Judge: Martin J. Jenkins |

[PROPOSED] ORDER

CASE NO. C 06-3717-MJJ

This matter having come before the Court on Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.'s Unopposed Motion For Leave To Amend Complaint and to Modify Joint Pre-Trial Scheduling Order, the Court having considered the issues therein, and good cause appearing therefore, this Court:

GRANTS Plaintiffs' Unopposed Motion For Leave To Amend Complaint and to Modify Joint Pre-Trial Scheduling Order.

IT IS SO ORDERED.

Dated: 12/14/2006

By: _____
HONORABLE MARTIN J. JENKINS
U.S. DISTRICT COURT

MPK 119458-1.074272.0016

[ ] ORDER                        - 1 -                        CASE NO. C 06-3717-MJJ