**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  ARISTOCRAT TECHNOLOGIES ET AL,           No. C06-03717 MJJ
12           Plaintiffs,                     **ORDER CLARIFYING PREVIOUS ORDER DENYING DEFENDANTS' MOTION FOR A ONE-DAY BENCH TRIAL ON INEQUITABLE CONDUCT ISSUE AND STAY OF OTHER PROCEEDINGS**
13       v.
14  INTERNATIONAL GAME TECHNOLOGY ET AL,
15           Defendants.
16                                        /
17  ///
18  ///
19  ///

20      On November 9, 2006, this Court denied Defendants International Game Technology, Inc.
21  and IGT's (collectively, "Defendants" or "IGT") Motion for a One-Day Bench Trial And Limited
22  Discovery on an Inequitable Conduct Issue And Stay of Proceedings on Other Issues.[1]  Plaintiffs
23  Aristocrat Technologies Australia, PTY Limited and Aristocrat Technologies, Inc. (collectively,
24  "Plaintiffs" or "Aristocrat") opposed the motion.  The Court's Order explicitly denied Defendants'
25  request for a one-day bench trial on the issue of inequitable conduct, but did not address the merits
26  of Defendants' request for limited discovery on the issue of inequitable conduct.  As clarification to
27  the previous Order, the Court finds that Defendants are not precluded from seeking to compel
28  production of certain documents related to their asserted inequitable conduct defense.  Any motion

---

[1] Docket No. 33, filed September 19, 2006.

to compel production of these materials shall be briefed by the parties and heard by Magistrate Judge James Larson.

**IT IS SO ORDERED.**

Dated: December 20, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE