UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, et al., | No. C 06-3717 MJJ  (JL) |
| Plaintiffs, | |
| v. | **NOTICE** |
| INTERNATIONAL GAME TECHNOLOGY et al., | |
| Defendants. | |

The Court received the parties' separate statements regarding Plaintiffs' proposed expedited motion to compel discovery responses. It is hereby ordered that Plaintiffs may file their expedited motion by close of business today, January 8, 2007 and Defendant's opposition shall be due by close of business Friday January 12.  The memoranda of points and authorities shall be limited to five double-spaced pages per party. Supporting declarations and exhibits are limited to a maximum of fifteen pages per party. The matter shall be heard on the Court's law and motion calendar Wednesday January 17 at 9:30 a.m.

IT IS SO ORDERED.

DATED: January 8,  2007

_____
JAMES LARSON
Chief Magistrate Judge