1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  ROBERT J. BLANCH (State Bar No. 189632)
   rblanch@mwe.com
4  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
5  Palo Alto, CA 94304
   Telephone:    (650) 813-5000
6  Facsimile:    (650) 813-5100

7  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
8  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.
9
10 GARTH A. WINN, ESQ. (*pro hac vice*)
   garth.winn@klarquist.com
11 JEFFREY S. LOVE, ESQ. (*pro hac vice*)
   jeffrey.love@klarquist.com
12 KLARQUIST SPARKMAN LLP
   One World Trade Center
13 121 S.W. Salmon Street, Ste. 1600
   Portland, Oregon 97204
14 Main (503)-595-5300
15 Fax (503)-595-5301

16 Attorneys for Defendants
   INTERNATIONAL GAME TECHNOLOGY,
17 INC. AND IGT

18
                    IN THE UNITED STATES DISTRICT COURT
19
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
20
                        SAN FRANCISCO DIVISION
21

22

23

24

25

26

27

28

*McDERMOTT WILL & EMERY LLP*
*ATTORNEYS AT LAW*
*PALO ALTO*

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., | Case No. C 06-3717 (MJJ) |
| | ELECTRONIC CASE FILING |
| Plaintiffs, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING OF PLAINTIFFS' EXPEDITED MOTION TO COMPEL INTERROGATORY RESPONSES FROM JANUARY 17, 2007 TO JANUARY 24, 2007 |
| v. | |
| INTERNATIONAL GAME TECHNOLOGY and IGT, | |
| Defendants. | Date:        January 24, 2007<br>Time :       9:30 a.m.<br>Courtroom:  Room F, 15th Floor<br>Judge:       Hon. James Larson |

In view of the Court's suggestion on January 16, 2007, and the parties' meet and confer of the same date, the parties, by and through their respective counsel, hereby stipulate and agree to continue the hearing on plaintiffs' expedited motion to compel interrogatory responses, currently scheduled for January 17, 2007, to January 24, 2007.

McDermott Will & Emery LLP
ATTORNEYS AT LAW
PALO ALTO

IT IS SO STIPULATED

Dated: January 16, 2007                    MCDERMOTT WILL & EMERY LLP


                                           By:/s/ Robert J. Blanch
                                              Robert J. Blanch

                                           Attorneys for Plaintiffs
                                           ARISTOCRAT TECHNOLOGIES
                                           AUSTRALIA PTY LIMITED and
                                           ARISTOCRAT TECHNOLOGIES, INC.



Dated: January 16, 2007                    KLARQUIST SPARKMAN LLP


                                           By:/s/ GarthWinn
                                              Garth Winn

                                           Attorneys for Defendants
                                           INTERNATIONAL GAME TECHNOLOGY,
                                           INC. AND IGT




PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:   January 17, 2007

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MPK 120766-1.074272.0016

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO