IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY LIMITED and<br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY<br>and IGT,<br><br>      Defendant.<br>_____/ | No. C06-3717 MJJ<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE** |

    Before the Court is Defendant International Game Technology's ("Defendant" or "IGT") Unopposed Motion for Leave to Have More Than Ten Claim Terms Construed.[1] Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.'s (collectively "Plaintiffs" or "Aristocrat") do not oppose the motion. After consideration of the parties' papers, the Court **DENIES WITHOUT PREJUDICE** Defendant's motion.

**IT IS SO ORDERED.**

Dated: January 26, 2007

                                          MARTIN J. JENKINS
                                          UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 106.