TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone:    (650) 813-5000
Facsimile:    (650) 813-5100

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., | Case No.  C 06-3717 (MJJ) |
| | ELECTRONIC CASE FILING |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF JOINT STATEMENT REQUESTING LEAVE TO FILE MOTION TO OVERRULE DEFENDANTS' OPPOSITION OF DWIGHT CREVELT; AND DECLARATION OF ARTURO E. SANDOVAL IN SUPPORT OF |
| v. | |
| INTERNATIONAL GAME TECHNOLOGY and IGT, | |
| Defendants. | |
| | **Before:  Honorable Judge James Larson** |

Having reviewed the submissions relating to Plaintiffs' Administrative Request Pursuant to Civil Local Rules 7-11 and 79-5 relating to Filing Material Under Seal, and good cause appearing therefore, it is hereby ordered that:

Plaintiffs' Administrative Request to File Under Seal: **Page 3, lines 5-8; Page 3, lines 10-12; and Page 4, lines 4-6** of the Joint Statement Requesting Leave to File Motion to Overrule

//

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1    Defendants' Opposition of Dwight Crevelt is GRANTED.

2

3    **IT IS SO ORDERED.**

4

5
     Dated: _February 27, 2007_
6
                    _____
7

8    MPK 121267-1.074272.0016

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
ATTORNEYS AT LAW
PALO ALTO