TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone:     (650) 813-5000
Facsimile:      (650) 813-5100

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | Case No. C 06-3717 (MJJ)<br><br>ELECTRONIC CASE FILING<br><br>X[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' EXPEDITED MOTION TO OVERRULE DEFENDANTS' OBJECTION OF DWIGHT CREVELT AS ARISTOCRAT'S EXPERT<br><br>**Before: Honorable Judge James Larson** |

Having reviewed the submissions relating to Plaintiffs' Administrative Request Pursuant to Civil Local Rules 7-11 and 79-5 relating to Filing Material Under Seal, and good cause appearing therefore, it is hereby ordered that:

Plaintiffs' Administrative Request to File Under Seal, **Exhibit A** to the Declaration of Arturo E. Sandoval, **Page 2, Lines 18-19, Page 3, Lines 7-10, Page 4, Lines 20-21, Page 6, Lines 17-18** Portions of Plaintiffs' Expedited Motion to Overrule Defendants' Objection to Dwight Crevelt as Aristocrat's Expert.

[Proposed] Order Granting Plaintiffs' Administrative
Motion to File Under Seal

CASE NO. C 06-3717

Defendants' Opposition of Dwight Crevelt is GRANTED.

**IT IS SO ORDERED.**

Dated: March 12, 2007



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MPK 123225-1.074272.0016

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

[Proposed] Order Granting Plaintiffs' Administrative Motion to File Under Seal — - 2 - — CASE NO. C 06-3717