1  Terrence P. McMahon (State Bar No. 71910)
   tmcmahon@mwe.com
2  Anthony de Alcuaz (State Bar No. 65599)
   adealcuaz@mwe.com
3  Robert J. Blanch (State Bar No. 189632)
   rblanch@mwe.com
4  Arturo E. Sandoval (State Bar No.
   McDERMOTT WILL & EMERY LLP
5  3150 Porter Drive
   Palo Alto, CA 94304-1212
6  Telephone:    650.813.5000
   Facsimile:    650.813.5100
7
   Attorneys for Plaintiffs
8  ARISTOCRAT TECHNOLOGIES
   AUSTRALIA PTY LIMITED and
9  ARISTOCRAT TECHNOLOGIES, INC.

10 Jeffrey S. Love (State Bar No. 195068)
   jeffrey.love@klarquist.com
11 Samir N. Pandya (Admitted Pro Hac Vice)
   samir.pandya@klarquist.com
12 Garth A. Winn (Admitted Pro Hac Vice)
   garth.winn@klarquist.com
13 KLARQUIST SPARKMAN, LLP
   121 S.W. Salmon Street, Suite 1600
14 Portland, OR 97204-2988
   Telephone: 503.595.5300
15 Facsimile: 503.595.5301

16 Eric L. Wesenberg (State Bar No. 139696)
   ewesenberg@orrick.com
17 Orrick Herrington & Sutcliffe LLP
   1000 Marsh Road
18 Menlo Park, CA 94025-1015
   Telephone: (650) 614-7400
19 Facsimile: (650) 614-7401

20 Attorneys for Defendant
   INTERNATIONAL GAME TECHNOLOGY
21 and Defendant/Counterclaim-Plaintiff IGT

22 Complete list on signature page (L.R. 3-4(a))

23
**UNITED STATES DISTRICT COURT**
24
**NORTHERN DISTRICT OF CALIFORNIA**
25
**SAN FRANCISCO DIVISION**

26

27

28

**JOINT [PROPOSED] PRE-TRIAL
SCHEDULING ORDER**                                    (No. C-06-3717-MJJ)

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED AND ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Defendant, <br> and IGT, <br><br> Defendant and Counterclaimant-Plaintiff. | **CASE NO. C-06-03717-MJJ** <br><br> **AMENDED JOINT [PROPOSED] PRE-TRIAL SCHEDULING ORDER** <br><br> Department: Room 11, 19th floor, SF <br> Judge: Hon. Martin J. Jenkins |

Pursuant to the Court's October 10, 2006 Order at the Initial Case Management Conference, the parties in the above-entitled action jointly submit this Amended Joint [Proposed] Pre-Trial Scheduling Order for the Court's consideration.

## CASE SCHEDULE

At the October 10, 2006 conference, the Court ordered the following case schedule:

| | |
|---|---|
| October 24, 2006 | LD for Aristocrat to serve disclosure of asserted claims and preliminary infringement contentions and docs (Patent L.R. 3-1 and L.R. 3-2) |
| December 8, 2006 | LD for IGT to serve preliminary invalidity contentions (Patent L.R. 3-3 and L.R. 3-4) |
| December 22, 2006 | LD for parties to exchange list of claim terms to be construed (Patent L.R. 4-1) |
| January 11, 2007 | LD for parties to exchange preliminary claim construction and extrinsic evidence (Patent L.R. 4-2) |
| February 6, 2007 | LD for parties to file a joint claim construction statement and pre-hearing statement (Patent L.R. 4-3) |
| March 8, 2007 | LD for parties to complete discovery relating to claim construction (Patent L.R. 4-4) |
| March 23, 2007 | LD for Aristocrat to file opening claim construction brief (Patent L.R. 4-5) |

**AMENDED JOINT [PROPOSED] PRE-TRIAL SCHEDULING ORDER** -1- (No. C-06-3717-MJJ)

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

| | |
|---|---|
| April 6, 2007 | LD for IGT to file responsive claim construction brief (Patent L.R. 4-5) |
| April 17, 2007 | LD for Aristocrat to file reply brief to IGT's responsive claim construction brief (Patent L.R. 4-5(c)) |
| May 18, 2007 at 2:00 p.m. | Tutorial |
| May 30, 2007 at 2:00 p.m. | Markman hearing (Patent L.R. 4-6) |
| June 6, 2007 at 2:00 p.m. | Further Status Conference, to schedule matters up to pretrial conference, including mediation with Magistrate Judge |
| January 29, 2008 at 3:30 p.m. | Pre-trial Conference |
| February 11, 2008 at 8:30 a.m. | Trial |

### A. Discovery Limits

At the October 10, 2006 conference, the Court ordered the following limitations on case discovery:

- Interrogatories: 25 per side.

- Depositions: 10 per side (3- 30(b)(6) depositions having multiple topics per notice).

- Document Requests: 40 per side.

- Requests for Admissions: 40 per side (excluding authentication RFA's).

Under these limitations, a single discovery request served on both Plaintiffs, or both Defendants, counts as just one request, even if two different responses are served.

/ / / / /

/ / / / /

**AMENDED JOINT [PROPOSED] PRE-TRIAL SCHEDULING ORDER** -2-

Dated: March 15, 2007

McDERMOTT WILL & EMERY LLP

By: /s/ Arturo E. Sandoval
    Terrence P. McMahon
    Anthony de Alcuaz
    Robert J. Blanch
    Arturo E. Sandoval
    Attorneys for Plaintiff
    ARISTOCRAT TECHNOLOGIES
    AUSTRALIA PTY LIMITED AND
    ARISTOCRAT TECHNOLOGIES, INC.

KLARQUIST SPARKMAN, LLP

By: /s/ Jeffrey S. Love
    Jeffrey S. Love
    Samir N. Pandya
    Garth A. Winn
    Attorneys for Defendant
    INTERNATIONAL GAME
    TECHNOLOGY and
    Defendant/Counterclaimant-Plaintiff
    IGT

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Eric L. Wesenberg
    Eric L. Wesenberg
    Attorney for Defendant
    INTERNATIONAL GAME
    TECHNOLOGY and
    Defendant/Counterclaimant-Plaintiff
    IGT

**AMENDED JOINT [PROPOSED] PRE-TRIAL SCHEDULING ORDER**

-3-

CERTIFICATION BY ARTURO E. SANDOVAL PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of McDermott Will & Emery LLP, counsel for plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 15th day of March, 2007.

                /s/ Arturo E. Sandoval
                Arturo E. Sandoval

**AMENDED JOINT [PROPOSED] PRE-TRIAL SCHEDULING ORDER** -4-

**AMENDED JOINT [PROPOSED] PRE-TRIAL SCHEDULING ORDER**

The Amended Joint [Proposed] Pre-Trial Scheduling Order is hereby adopted by the Court as the Pre-Trial Scheduling Order for the case and the parties are ordered to comply with this Order.

Dated: March 19, 2007

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

MPK 116610-3.074272.0016