Lane M. Chitwood (Admitted Pro Hac Vice)
lane.chitwood@klarquist.com
Stephanie S. Irvine (Admitted Pro Hac Vice)
stephanie.irvine@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Samir N. Pandya (Admitted Pro Hac Vice)
samir.pandya@klarquist.com
Garth A. Winn (Admitted Pro Hac Vice)
garth.winn@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant International Game Technology
and Defendant/Counterclaim-Plaintiff IGT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Defendant, <br><br> and IGT, <br><br> Defendant and Counterclaim-Plaintiff. | Case No.: C-06-3717-MJJ (JLL) <br><br> [~~XXXXXXXX~~] [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' OPPOSITION TO ARISTOCRAT'S EXPEDITED MOTION TO OVERRULE OBJECTIONS TO DWIGHT CREVELT <br><br> **DISCOVERY MATTER** <br><br> **Before: Honorable Judge James Larson** |

[PROPOSED] ORDER GRANTING          Case No.: C-06-3717-MJJ (JLL)
DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  Having reviewed the submissions relating to Defendants' Administrative Motion to File
2  Under Seal, and good cause appearing therefore, it is hereby ordered that:
3  Defendants' Administrative Motion to File Under Seal Portions of Defendants' Opposition
4  To Aristocrat's Expedited Motion to Overrule Objections to Dwight Crevelt is GRANTED.
5  Specifically, the following portions of the Opposition shall be filed under seal:
6  1.  Page 2, Lines 11-17 and 20-25;
7  2.  Page 3, Lines 4-5, 9-17 and 25-26;
8  3.  Page 4, Line 1, Lines 4-6 and 8-9;
9  4.  Page 6, Lines 7-9;
10 5.  Page 7, Lines 3-4.

12 IT IS SO ORDERED.

15 Dated: __March 29, 2007_____     _____
16                                        Mag. Judge James Larson

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28 [PROPOSED] ORDER GRANTING                Case No.: C-06-3717-MJJ (JLL)
   DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
                                    -1-