Lane M. Chitwood (Admitted *Pro Hac Vice*)
lane.chitwood@klarquist.com
Stephanie S. Irvine (Admitted *Pro Hac Vice*)
stephanie.irvine@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:     (650) 614-7400
Facsimile:     (650) 614-7401

Attorneys for Defendant International Game Technology and
Defendant/Counterclaim-Plaintiff IGT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Defendant <br><br> and IGT, <br><br> Defendant and Counterclaim-Plaintiff. | Case No. C-06-3717-MJJ (JLL) <br><br> **DECLARATION OF ERIC L. WESENBERG IN SUPPORT OF IGT'S MOTION TO COMPEL 30(B)(6) DEPOSITION TESTIMONY OF ARISTOCRAT AND MOTION FOR SANCTIONS** <br><br> Date: June 13, 2007 <br> Time: 9:30 a.m. <br> Courtroom F, 15th Floor <br> The Honorable James L. Larson |

I, Eric L. Wesenberg, declare as follows:

1. I am a partner with the firm of Orrick, Herrington & Sutcliffe, LLP, counsel of record for defendants International Game Technology and IGT (collectively "IGT"). I make this declaration in support of Defendants' Motion to Compel and for Sanctions. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. On April 27, 2007, IGT took the 30(b)(6) deposition of Aristocrat Technologies Australia Pty Ltd. and Aristocrat Technologies, Inc. (collectively "Aristocrat"). I attended that deposition.

3. Throughout the deposition, Mr. Robert Blanch, counsel for Aristocrat repeatedly instructed the witness not to answer and made an enormous number of objections.

4. On May 2, 2007, I attended a telephonic meet and confer with Mr. Arturo Sandoval, counsel for Aristocrat, in which IGT attempted to resolve the issues raised by the instant motion.

5. During the meet and confer, Mr. Sandoval indicated that Aristocrat's deposition strategy of objections and instructions not to answer were intended to set up a motion for protective order, to be filed by Aristocrat at some point in the future. This confirmed statements to the same effect made to me by Mr. Blanch during the deposition on April 27, 2007.

I declare the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed on May 4, 2007 in Menlo Park, California.

_____
Eric. L. Wesenberg

OHS West:260227351.1

WESENBERG DECL. RE MOTION TO COMPEL AND FOR SANCTIONS, CASE NO. C-06-3717-MJJ (JLL)

-1-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2007 a true copy of the **DECLARATION OF ERIC L. WESENBERG IN SUPPORT OF IGT'S MOTION TO COMPEL 30(B)(6) DEPOSITION TESTIMONY OF ARISTOCRAT AND MOTION FOR SANCTIONS** was served by electronic mail to the following:

> Terrence P. McMahon
> tmcmahon@mwe.com
> Anthony de Alcuaz
> adealcuaz@mwe.com
> Robert Blanch
> rblanch@mwe.com
> McDermott Will & Emery LLP
> 3150 Porter Drive
> Palo Alto, California  94041
>
> Attorneys for Plaintiffs and Counterclaim-Defendants,
> Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.

/s/ Willette Tarvins

WESENBERG DECL. RE MOTION TO COMPEL AND
FOR SANCTIONS, CASE NO.  C-06-3717-MJJ (JLL)