1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  ROBERT J. BLANCH (State Bar No. 189632)
   rblanch@mwe.com
4  ARTURO E. SANDOVAL (State Bar No. 227077)
   asandoval@mwe.com
5  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
6  Palo Alto, CA 94304
   Telephone:   (650) 813-5000
7  Facsimile:   (650) 813-5100

8  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
9  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.
10

11

              IN THE UNITED STATES DISTRICT COURT
12
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 | ARISTOCRAT TECHNOLOGIES          | Case No. C 06-3717 (MJJ)
   | AUSTRALIA PTY LIMITED and        |
16 | ARISTOCRAT TECHNOLOGIES, INC.,   | ELECTRONIC CASE FILING
   |                                  |
17 |           Plaintiffs,            | [PROPOSED] ORDER TO BRING
   |                                  | EQUIPMENT AND TECHNICIANS INTO
18 |     v.                           | COURTROOM
   |                                  |
19 | INTERNATIONAL GAME               | [Civil L.R. 7-11, 7-12]
   | TECHNOLOGY and IGT,              |
20 |                                  | Judge:     The Honorable Martin J. Jenkins
   |           Defendants.            | Date:      May 18 and May 30, 2007
21 |                                  | Courtroom: Room 11, 19th Floor

1  Pursuant to Civil Local Rule 7-11, Plaintiffs Aristocrat Technologies Australia Pty
2  Limited and Aristocrat Technologies, Inc., (collectively "Aristocrat") respectfully request the
3  Court's permission to bring the following equipment into the courtroom on May 18, 2007 (for the
4  pre-*Markman* tutorial) and May 30, 2007 (for the *Markman* claim construction hearing):

- Data Projector
- Projector screen
- ELMO
- Flat panel display (5)
- Portable aluminum table
- Video switcher
- Assorted cables
- Powered audio speakers
- Laptop computer (2)

The above listed equipments will be used to present to the Court visual aids and demonstrative exhibits during the pre-*Markman* technology tutorial and the claim construction hearing per this Court's suggestion in Judge Jenkins' Patent Standing Order effective January 27, 2005. Personnel operating this equipment will be Eric Braun of Fulcrum Legal Graphics, 50 Osgood Place, Suite 400, San Francisco, California 94109.

The Court grants Aristocrat's request. It is hereby ordered that Aristocrat is allowed to bring into the courtroom the above listed equipment on May 18 and May 30, 2007.

IT IS SO ORDERED,

Dated: May 9, 2007

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT

MPK 126407-1.074272.0016

[PROPOSED] ORDER TO BRING EQUIPMENT
AND TECHNICIANS INTO COURTROOM      - 1 -      CASE NO. C 06-3717