1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  ROBERT J. BLANCH (State Bar No. 189632)
   rblanch@mwe.com
4  ARTURO E. SANDOVAL (State Bar No. 227077)
   asandoval@mwe.com
5  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
6  Palo Alto, CA 94304
   Telephone:    (650) 813-5000
7  Facsimile:    (650) 813-5100

8  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
9  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.
10

11 GARTH A. WINN (*pro hac vice*)
   garth.winn@klarquist.com
12 JEFFREY S. LOVE (State Bar No. 95068)
   jeffrey.love@klarquist.com
13 KLARQUIST SPARKMAN LLP
   One World Trade Center
14 121 S.W. Salmon Street, Ste. 1600
   Portland, Oregon 97204
15 Telephone (503)-595-5300
   Fax (503)-595-5301
16

17

18                  IN THE UNITED STATES DISTRICT COURT

19            FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21 ARISTOCRAT TECHNOLOGIES              Case No.  C 06-3717 (MJJ)
   AUSTRALIA PTY LIMITED and
22 ARISTOCRAT TECHNOLOGIES, INC.,       ELECTRONIC CASE FILING

23              Plaintiffs,             **STIPULATED REQUEST FOR ORDER
                                        CHANGING TIME**
24      v.
                                        **[Civil L.R. 6-1 and 6-2]**
25 INTERNATIONAL GAME
   TECHNOLOGY and IGT,                  **Before:  Honorable Judge Larson**
26
                Defendants.
27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1    Based on the Court's willingness to hear both Plaintiffs' motion for a protective order (*see*

2    Dkt. # 226) and Defendants' motion to compel and motion for sanction (*see* Dkt. #  218) on the

3    same day, June 13, 2007, and pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States

4    District Court for the Northern District of California, the parties hereby stipulate to the following

5    briefing schedule:

6         1) Plaintiffs' motion for a protective order and Defendants' motion to compel and

7    motion for sanctions due on May 14, 2007;

8         2) Plaintiffs' opposition to Defendants' motion to compel and motion for

9    sanctions and Defendants' opposition to Plaintiffs' motion for a protective order due on May 23,

10   2007; and

11        3) The parties' respective reply briefs due on May 30, 2007.

12   Additionally, the Court is also willing to hear Defendants' motion to compel documents

13   (Dkt. #214) and Defendants' motion to compel interrogatory responses (Dkt. #191) on June 13,

14   2007. Thus, the parties agree to have these motions also heard on June 13, 2007, by the Court.

15   The reason for this request is based on the Court's willingness to hear all outstanding

16   discovery motions on the same day, June 13, 2007. The parties have stipulated in the past to

17   modify the Joint Pre-Trial Scheduling Order to add additional deadlines relating to the

18   amendment of the complaint and to supplement the *Markman* briefing schedule. This time

19   modification would have no effect on the current case schedule.

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

Stipulated Request for Order Changing Time                - 2 -                          CASE NO. C 06-3717

Dated: May 11, 2007

By:/s/ Arturo E. Sandoval

Terrence P. McMahon
Anthony de Alcuaz
Robert J. Blanch
Arturo E. Sandoval
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 813-5000

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES
AUSTRALIA PTY LIMITED and
ARISTOCRAT TECHNOLOGIES, INC.

Dated: May 11, 2007

By: /s/ Garth Winn

Jeffrey S. Love
Stephanie S. Irvine (*admitted pro hac vice*)
Garth A. Winn (*admitted pro hac vice*)
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
(503) 595-5300

Attorneys for Defendants
INTERNATIONAL GAME TECHNOLOGY
and IGT

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: May 11, 2007

By: /s/ Arturo E. Sandoval

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 16, 2007

The Honorable _____
United States _____

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**CERTIFICATE OF SERVICE**

I, Nicole San Nicolas, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3150 Porter Drive, Palo Alto, California 94304-1212. I served a copy of the within document(s):

☒    by transmitting via electronic mail the document(s) listed above to the email addresses set forth below on this date.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

| | |
|---|---|
| Jeffrey S. Love | Eric J. Wesenberg |
| jeffrey.love@klarquist.com | ewesenberg@orrick.com |
| Samir Pandya | Orrick, Herrington & Sutcliffe LLP |
| samir.pandya@klarquist.com | 1000 Marsh Road |
| Garth A. Winn | Menlo Park, CA 94025 |
| garth.winn@klarquist.com | |
| Klarquist Sparkman, LLP | |
| 121 S.W. Salmon Street, Suite 1600 | |
| Portland, OR 97204 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 11, 2007**, at Palo Alto, California.

/s/ Nicole San Nicolas
Nicole San Nicolas

MPK 126462-2.074272.0016

Stipulated Request for Order Changing Time      - 4 -      CASE NO. C 06-3717

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO