Lane M. Chitwood (Admitted *Pro Hac Vice*)
lane.chitwood@klarquist.com
Stephanie S. Irvine (Admitted *Pro Hac Vice*)
stephanie.irvine@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
Klarquist Sparkman, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant International Game Technology and
Defendant/Counterclaim-Plaintiff IGT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Defendant <br><br> and IGT, <br><br> Defendant and Counterclaim-Plaintiff. | Case No. C-06-3717-MJJ (JLL) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 7-11 AND 79-5** |

1  The administrative request of Defendants International Game Technology and IGT to place under seal: (1) Declaration Of Gabriel M. Ramsey In Support Of IGT's Motion To Compel 30(B)(6) Deposition Testimony Of Aristocrat And Motion For Sanctions and Exhibits A and B thereto; (2) IGT's Motion To Compel 30(B)(6) Deposition Testimony Of Aristocrat and (3) IGT's Motion For Sanctions came before the Court on _____, 2007.

The Court having considered the application, the papers submitted in support of the application, any opposing papers, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS: Defendants' Administrative Request to place under seal: (1) Declaration Of Gabriel M. Ramsey In Support Of IGT's Motion To Compel 30(B)(6) Deposition Testimony Of Aristocrat And Motion For Sanctions and Exhibits A and B thereto; (2) IGT's Motion To Compel 30(B)(6) Deposition Testimony Of Aristocrat and (3) IGT's Motion For Sanctions is GRANTED.

Dated: May 16, 2007

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER RE:
ADMINISTRATIVE REQUEST TO SEAL
Case No. C-06-3717-MJJ (JLL)

-1-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2007 a true copy of the

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 7-11 AND 79-5** was served by electronic mail to the following:

>Terrence P. McMahon
>tmcmahon@mwe.com
>Anthony de Alcuaz
>adealcuaz@mwe.com
>Robert Blanch
>rblanch@mwe.com
>McDermott Will & Emery LLP
>3150 Porter Drive
>Palo Alto, California  94041
>
>Attorneys for Plaintiffs and Counterclaim-Defendants,
>Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.

/s/ Willette Tarvins

ORRICK
HERRINGTON
& SUTCLIFFE LLP
SILICON VALLEY

-2-

**[PROPOSED] ORDER RE:
ADMINISTRATIVE REQUEST TO SEAL
Case No.  C-06-3717-MJJ (JLL)**