Lane M. Chitwood (Admitted *Pro Hac Vice*)
lane.chitwood@klarquist.com
Stephanie S. Irvine (Admitted Pro Hac Vice)
stephanie.irvine@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Garth A. Winn (Admitted Pro Hac Vice)
garth.winn@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendants and Counterclaimants*
INTERNATIONAL GAME TECHNOLOGY and IGT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br>    Plaintiffs and Counterclaim-Defendants, <br>  v. <br>INTERNATIONAL GAME TECHNOLOGY, <br>    Defendant, <br>and IGT, <br>    Defendant and Counterclaim-Plaintiff. | Case No.: C-06-3717-MJJ <br><br> [~~PROPOSED~~] ORDER TO BRING EQUIPMENT INTO COURTROOM <br><br> (Civil L.R. 7-11, 7-12) <br><br> Judge: Hon. Martin J. Jenkins <br> Date: May 18 and May 30, 2007 <br> Courtroom: 11, 19th Floor |

Pursuant to Civil Local Rule 7-11, Defendants International Game Technology and IGT (hereinafter "IGT") respectfully request the Court's permission to bring the following equipment into the courtroom on May 18, 2007 (for the pre-*Markman* tutorial) and May 30, 2007 (for the *Markman* claim construction hearing):

1. Data projector
2. Projector screen
3. Flat panel display (5)
4. Portable aluminum table
5. Video switcher
6. Assorted cables
7. Powered audio speakers
8. Laptop computers (2)
9. ELMO
10. Boards (5)
11. Easels for boards (5)

The above-listed equipment will be used to present to the Court visual aids and demonstrative exhibits during the pre-*Markman* technology tutorial and the claim construction hearing pursuant to this Court's suggestion in Judge Jenkins' Patent Standing Order effective January 27, 2005.

The Court has already granted Plaintiffs' similar motion. [See Dkt. 251.]

IT IS HEREBY ORDERED THAT this request is granted to allow IGT to bring into the courtroom the above-listed equipment on May 18 and May 30, 2007.

DATED this 17 day of May, 2007.

By: _____
The Honorable Martin J. Jenkins
United States District Court Judge

[PROPOSED] ORDER TO BRING
EQUIPMENT INTO COURTROOM      -1-      Case No.: C-06-3717-MJJ

## PROOF OF SERVICE

The undersigned hereby certifies that on May 14, 2007, the foregoing [**PROPOSED**] **ORDER TO BRING EQUIPMENT INTO COURTROOM** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

>Terrence P. McMahon
>tmcmahon@mwe.com
>Anthony de Alcuaz
>adealcuaz@mwe.com
>MCDERMOTT WILL & EMERY LLP
>3150 Porter Drive
>Palo Alto, CA  94041
>
>*Attorneys for Plaintiffs and Counterclaim-Defendants*
>ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and
>ARISTOCRAT TECHNOLOGIES, INC.

>s/ Lane M. Chitwood