1 | Stephanie S. Irvine (Admitted *Pro Hac Vice*)
  | stephanie.irvine@klarquist.com
2 | Jeffrey S. Love (State Bar No. 195068)
  | jeffrey.love@klarquist.com
3 | Garth A. Winn (Admitted *Pro Hac Vice*)
  | garth.winn@klarquist.com
4 | KLARQUIST SPARKMAN, LLP
  | 121 S.W. Salmon Street, Suite 1600
5 | Portland, OR  97204-2988
  | Telephone:  (503) 595-5300
6 | Facsimile:  (503) 595-5301
7 |
  | Eric L. Wesenberg (State Bar No. 139696)
8 | ewesenberg@orrick.com
  | Gabriel M. Ramsey (State Bar No. 209218)
9 | gramsey@orrick.com
10 | ORRICK, HERRINGTON & SUTCLIFFE LLP
   | 1000 Marsh Road
11 | Menlo Park, CA  94025-1015
   | Telephone: (650) 614-7400
12 | Facsimile: (650) 614-7401
13 | *Attorneys for Defendants*
   | INTERNATIONAL GAME TECHNOLOGY and IGT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY, <br><br> Defendant, <br><br> and IGT, <br><br> Defendant and Counterclaim-Plaintiff. | Case No.:  C-06-3717-MJJ (JLL) <br><br> **[PROPOSED]** ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' MOTION FOR ATTORNEY FEES |

(the word "PROPOSED" is struck through)

IGT'S [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

Case No.:  C-06-3717-MJJ (JLL)

1   Having reviewed the submissions relating to Defendants' Administrative Motion to File
2   Under Seal, and good cause appearing therefore, it is hereby ordered that:
3   The following documents, or specified portions thereof, may be filed under seal:
4   1.   The following portions of Defendants' Motion for Attorney Fees Under 35 U.S.C. §
5   285:
6   a.   Page 17, Line 14;
7   b.   Page 18, Line 16, fn 15;
8   c.   Page 19, Lines 1-6;
9   d.   Page 21, Lines 6-7, 10-12, 15-26, 19-26;
10  e.   Page 22, Lines 4-5, 7-11, 14-15;
11  f.   Page 23, Lines 3-7.
12  2.   Exhibits 9-12, 14 and 16-23 to the Declaration of Stephanie S. Irvine In Support of
13  IGT's Motion for Attorney Fees.
14  3.   Exhibits A, C and D to the Declaration of Garth A. Winn In Support of IGT's Motion
15  for Attorney Fees.
16
17  IT IS SO ORDERED.
18
19
20  Dated: September 13, 2007           *James Larson*
21                                      THE HONORABLE ~~MARTIN J. JENKINS~~
                                        UNITED STATES DISTRICT COURT

IGT'S [PROPOSED] ORDER GRANTING       - 1 -        Case No.: C-06-3717-MJJ (JLL)
DEFENDANTS' ADMINISTRATIVE REQUEST TO
FILE UNDER SEAL