TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304
Telephone:     (650) 813-5000
Facsimile:      (650) 813-5100

Attorneys for Plaintiffs

GARTH A. WINN, ESQ.  (*pro hac vice*)
garth.winn@klarquist.com
JEFFREY S. LOVE, ESQ. (*pro hac vice*)
jeffrey.love@klarquist.com
KLARQUIST SPARKMAN LLP
One World Trade Center
121 S.W. Salmon Street, Ste. 1600
Portland, Oregon 97204
Main (503)-595-5300
Fax (503)-595-5301

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.  C 06-3717 (MJJ) <br><br> ELECTRONIC CASE FILING <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES FROM JANUARY 9, 2008 TO JANUARY 16, 2008** <br><br> **Date:         January 9, 2008** <br> **Time :        9:30 a.m.** <br> **Courtroom:   Courtroom 11, 19th Floor** <br> **Judge:         Mag. Judge James Larson** |

Stipulation and [Proposed] Order To Continue Hearing of
Defendants' Motion for Attorneys' Fees

CASE NO.  C 06-3717

In view of scheduling conflicts of Aristocrat's counsel - including oral argument in the United States Court of Appeals for the Federal Circuit scheduled for January 8, 2008, in the case styled *Aristocrat Technologies Australia Pty Ltd v. International Game Technology*, 2007-1419 - the parties, by and through their respective counsel, hereby stipulate and agree to continue the hearing on defendants' motion for attorneys' fees, currently scheduled for January 9, 2008, to January 16, 2008, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: December 3, 2007                                MCDERMOTT WILL & EMERY LLP

By:/s/ Anthony de Alcuaz
    Anthony de Alcuaz

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES
AUSTRALIA PTY LIMITED and
ARISTOCRAT TECHNOLOGIES, INC.

Dated: December 3, 2007                                KLARQUIST SPARKMAN LLP

By:/s/ Jeffrey S. Love
    Jeffrey S. Love

Attorneys for Defendants
INTERNATIONAL GAME TECHNOLOGY,
INC. AND IGT

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12-6-07

Chief
James
                                                                Judge James Larson
                                                                IT IS SO ORDERED

MPK 135809-2.074272.0016