UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, et al., | No. C 06-3717 MJJ  (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| INTERNATIONAL GAME TECHNOLOGY et al., | |
| Defendants. | |

Plaintiffs' Objections to Defendants' September 27th Submission Re: Motion for Attorneys' Fees are partially sustained.   Docket Numbers 245, 188 and the accompanying cover letter are stricken from the materials submitted to the Court by Defendants on September 27, 2007.

IT IS SO ORDERED.

DATED: December 12, 2007

_____
JAMES LARSON
Chief Magistrate Judge