TERRENCE P. McMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
JEREMY T. ELMAN (State Bar. No. 223696)
jelman@mwe.com
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:   650.813.5100

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED AND ARISTOCRAT
TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | CASE NO.  3-06-cv-03717-MJJ (JL) <br><br> **[PROPOSED] ORDER GRANTING ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED'S AND ARISTOCRAT TECHNOLOGIES, INC'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT ADDITIONAL EVIDENCE RE DEFENDANTS' MOTION FOR ATTORNEYS' FEES** <br><br> **Date:    N/A** <br> **Judge:   Chief Mag. Judge James Larson** |

[PROPOSED] ORDER GRANTING ARISTOCRAT'S
UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF
TO SUBMIT ADDITIONAL EVIDENCE RE
DEFENDANTS' MOTION FOR ATTORNEYS' FEES

CASE NO. 06-3717-MJJ (JL)

1  Aristocrat's Unopposed Motion for Administrative Relief to Submit Additional
2  Evidence Re Defendants' Motion for Attorneys' Fees having come before this Court, and finding
3  good cause therefore, Aristocrat's motion is hereby GRANTED.
4  The hearing on the motion is continued to February 20, 2008 at 9:30 a.m.

Dated: January 9, 2008 ~~2007~~

_James Larson_
CHIEF MAGISTRATE
JUDGE JAMES LARSON

MPK 136014-1.074272.0016

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER GRANTING ARISTOCRAT'S
UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF
TO SUBMIT ADDITIONAL EVIDENCE RE
DEFENDANTS' MOTION FOR ATTORNEYS' FEES

- 1 -

CASE NO. 06-3717-MJJ (JL)