1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  ROBERT J. BLANCH (State Bar No. 189632)
   rblanch@mwe.com
4  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
5  Palo Alto, CA 94304
   Telephone:    (650) 813-5000
6  Facsimile:    (650) 813-5100

7  Attorneys for Plaintiffs

8  GARTH A. WINN, ESQ. (*pro hac vice*)
   garth.winn@klarquist.com
9  JEFFREY S. LOVE, ESQ. (*pro hac vice*)
   jeffrey.love@klarquist.com
10 KLARQUIST SPARKMAN LLP
   One World Trade Center
11 121 S.W. Salmon Street, Ste. 1600
   Portland, Oregon 97204
12 Main (503)-595-5300
   Fax (503)-595-5301

13 Attorneys for Defendants

*E-FILED - 1/21/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No. C 06-3717 (RMW) <br><br> ELECTRONIC CASE FILING <br><br> STIPULATION AND [PROPOSED] ORDER RELEASING SUPERSEDEAS BOND <br><br> Date:      N/A <br> Time :     N/A <br> Courtroom: N/A <br> Judge:     Hon. Ronald M. Whyte |

Pursuant to the Court's January 9, 2008 Order Granting Stay of Judgment Pending Appeal and Requiring Security, plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc. ("Aristocrat") posted a supersedeas bond of $24,273.95 to stay

execution of the Court's award of costs during the pendency of Aristocrat's Federal Circuit appeal. (Docket Nos. 416, 424). In light of the Federal Circuit's reversal of the Court's judgment of patent invalidity, the parties hereby stipulate, with the Court's permission, to the release and return of Aristocrat's supersedeas bond.

IT IS SO STIPULATED.

Dated: January 7, 2009                MCDERMOTT WILL & EMERY LLP

                                      By:/s/ Robert J. Blanch
                                            Robert J. Blanch

                                      Attorneys for Plaintiffs
                                      ARISTOCRAT TECHNOLOGIES
                                      AUSTRALIA PTY LIMITED and
                                      ARISTOCRAT TECHNOLOGIES, INC.

Dated: January 7, 2009                KLARQUIST SPARKMAN LLP

                                      By:/s/ Jeffrey S. Love
                                            Jeffrey S. Love

                                      Attorneys for Defendants
                                      INTERNATIONAL GAME TECHNOLOGY,
                                      INC. AND IGT

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE CLERK OF THE COURT IS DIRECTED TO RELEASE AND RETURN TO ARISTOCRAT THE SUPERSEDEAS BOND ARISTOCRAT POSTED IN THE AMOUNT OF $24,273.95.

DATED: 1/21/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
U.S. DISTRICT COURT JUDGE