| | |
|---|---|
| 1  Robert T. Cruzen (Admitted *Pro Hac Vice*)<br>rob.cruzen@klarquist.com<br>2  Stephanie S. Irvine (Admitted *Pro Hac Vice*)<br>stephanie.irvine@klarquist.com<br>3  Jeffrey S. Love (State Bar No. 195068)<br>jeffrey.love@klarquist.com<br>4  Garth A. Winn (Admitted *Pro Hac Vice*)<br>garth.winn@klarquist.com<br>5  KLARQUIST SPARKMAN, LLP<br>6  121 S.W. Salmon Street, Suite 1600<br>Portland, OR  97204-2988<br>7  Telephone:  (503) 595-5300<br>Facsimile:  (503) 595-5301<br>8  *Attorneys for Defendants*<br>9  INTERNATIONAL GAME TECHNOLOGY and IGT | ***E-FILED - 3/16/09*** |

10  TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
11  ANTHONY de ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
12  ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
13  McDERMOTT WILL & EMERY LLP
14  3150 Porter Drive
Palo Alto, CA  94304
15  Telephone:    (650) 813-5000
Facsimile:     (650) 813-5100
16  *Attorneys for Plaintiffs*
17  ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED
and ARISTOCRAT TECHNOLOGIES, INC.

18                          **UNITED STATES DISTRICT COURT**

19                          **NORTHERN DISTRICT OF CALIFORNIA**

20                                 **SAN JOSE DIVISION**

| | |
|---|---|
| 21  ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY LIMITED and<br>22  ARISTOCRAT TECHNOLOGIES, INC.,<br>23        Plaintiffs,<br>24         v.<br>25  INTERNATIONAL GAME TECHNOLOGY and IGT,<br>26        Defendants. | Case No.:  C-06-3717-RMW (RS)<br>**JOINT STIPULATED []**<br>**ORDER TO BRING EQUIPMENT INTO COURTROOM**<br>(Civil L.R. 7-11, 7-12) |
| 27  JOINT STIPULATED []<br>28  ORDER TO BRING EQUIPMENT INTO<br>COURTROOM | Case No.:  C-06-3717-RMW (RS) |

1   Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs Aristocrat Technologies Australia Pty
2   Limited and Aristocrat Technologies, Inc. and Defendants International Game Technology and IGT
3   respectfully request the Court's permission to bring the following equipment into the courtroom on
4   March 18, 2009:

5       1.    Projector
6       2.    Projector stand
7       3.    Theater screen
8       4.    LCD flat panel display (3)
9       5.    Speakers (1 pair)
10      6.    Computer Audio Patch (2)
11      7.    VGA Switch (2)
12      8.    VGA Distribution Amp
13      9.    Laptop computers (2)
14      10.   Assorted cables

15  The above-listed equipment will be used to present to the Court visual aids and
16  demonstrative exhibits.

27  JOINT STIPULATED []                                                Case No.: C-06-3717-RMW (RS)
28  ORDER TO BRING EQUIPMENT INTO
    COURTROOM

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated this __16__ day of March, 2009.

4

5   _____
    /s/ Ronald M. Whyte

6   The Honorable Ronald M. Whyte
    United States District Court Judge

7

8

9

10  Dated: March 13, 2009              By: s/ *Stephanie S. Irvine*_____
11                                         Robert T. Cruzen (Admitted *Pro Hac Vice*)
                                           rob.cruzen@klarquist.com
12                                         Stephanie S. Irvine (Admitted *Pro Hac Vice*)
                                           stephanie.irvine@klarquist.com
13                                         Jeffrey S. Love (State Bar No. 195068)
                                           jeffrey.love@klarquist.com
14                                         Garth A. Winn (Admitted *Pro Hac Vice*)
                                           garth.winn@klarquist.com
15                                         KLARQUIST SPARKMAN, LLP
16                                         121 S.W. Salmon Street, Suite 1600
                                           Portland, OR  97204-2988
17                                         Telephone:  (503) 595-5300
                                           Facsimile:  (503) 595-5301
18

19                                         *Attorneys for Defendants*
                                           INTERNATIONAL GAME TECHNOLOGY and IGT
20

21
    Dated: March 13, 2009              By: s/  *Terrence P. McMahon*_____
22                                         Terrence P. McMahon

23                                         TERRENCE P. MCMAHON (State Bar No. 71910)
                                           tmcmahon@mwe.com
24                                         ANTHONY de ALCUAZ (State Bar No. 65599)
                                           adealcuaz@mwe.com
25                                         ROBERT J. BLANCH (State Bar No. 189632)
                                           rblanch@mwe.com
26                                         McDERMOTT WILL & EMERY LLP

27  JOINT STIPULATED []                                        Case No.:  C-06-3717-RMW (RS)
    ORDER TO BRING EQUIPMENT INTO
28  COURTROOM

1
2
3
4
5

                           3150 Porter Drive
                           Palo Alto, CA  94304
                           Telephone:       (650) 813-5000
                           Facsimile:         (650) 813-5100

                           *Attorneys for Plaintiffs*
                           ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY
                           LIMITED and ARISTOCRAT TECHNOLOGIES, INC.

6
7

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatories.

Dated:  March 13, 2009                        By:  s/ *Stephanie S. Irvine*  _____

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATED []                                              Case No.:  C-06-3717-RMW (RS)
ORDER TO BRING EQUIPMENT INTO
COURTROOM

**PROOF OF SERVICE**

The undersigned hereby certifies that on March 13, 2009, the foregoing **JOINT STIPULATED [PROPOSED] ORDER TO BRING EQUIPMENT INTO COURTROOM** was electronically filed with the Clerk of the Court using the CM/ECF System and that the same was served by electronic mail to the following:

Terrence P. McMahon
tmcmahon@mwe.com
Anthony de Alcuaz
adealcuaz@mwe.com
Robert Blanch
rblanch@mwe.com
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, California  94041

Attorneys for Plaintiffs,
Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.

s/ *Stephanie S. Irvine*

PROOF OF SERVICE                                                Case No.:  C-06-3717-RMW (RS)