UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: March 18, 2009

Case No. C-06-03717-RMW    JUDGE: Ronald M. Whyte    TIME IN: 5 hrs.

ARISTOCRAT TECHNOLOGIES, et al.    -V- INTERNATIONAL GAME TECHNOLOGY, et al.
Title

R. Blanch, T. McMahon, A. deAlcuaz              J. Love, E. Wesenberg, S. Irvine
Attorneys Present (Plaintiff)                   Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia                      COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

TUTORIAL/CLAIMS CONSTRUCTION HEARING

**ORDER AFTER HEARING**

Hearing Held. Tutorial was presented by the following experts: Plaintiffs - Dwight Crevelt; Defendants - Anthony Baerlocher. The Court heard oral argument as to claims construction and summary judgment motions. The Court took the matter under submission. The parties are to meet and confer on an agreed upon schedule or, if the parties can't agree submit their respective proposals to the Court within 10 days. The Court will then issue a scheduling order or set a Further Case Management Conference. The parties are to submit letter briefs within 10 days, as to what issues are still outstanding.   Matter deemed submitted.