TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

*E-Filed 4/29/09*

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | Case No. C 06-3717 (RMW)<br><br>ELECTRONIC CASE FILING<br><br>**[PROPOSED] ORDER GRANTING ARISTOCRAT'S UNOPPOSED MOTION FOR ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON ARISTOCRAT'S MOTION TO COMPEL IGT'S DOCUMENT PRODUCTION UNDER RULE 37**<br><br>Date: N/A<br>Time: N/A<br>Location: N/A<br>Before: Hon. Judge Ronald M. Whyte |

Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.'s Unopposed Motion for Order to Shorten Time for Briefing and Hearing on Plaintiffs' Motion to Compel Discovery Responses came before this Court. After considering all papers and arguments submitted in support of this Motion, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

[Proposed] Order Granting Aristocrat's
Unopposed Motion for Order to Shorten Time
for Briefing and Hearing on Aristocrat's

CASE NO. C 06-3717 (RMW)

IT IS FURTHER HEREBY ORDERED that any opposition by Defendants International Game Technology and IGT to Plaintiffs' Motion to Compel Discovery Responses shall be filed by April 29, 2009, and the hearing on Plaintiffs' Motion to Compel IGT's Document Production shall take place on ___Wed., May 6, 2009___ at ___9:30 AM___.

Dated: __4/29/09__

*[signature: Richard Seeborg]*

~~Hon. Ronald M. Whyte~~
~~United States District Court Judge~~

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

MPK 152781-1.074272.0016

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

[Proposed] Order Granting Aristocrat's Unopposed Motion for Order to Shorten Time for Briefing and Hearing on Aristocrat's — - 2 - — CASE NO. C 06-3717 (RMW)