Robert T. Cruzen (Admitted *Pro Hac Vice*)
rob.cruzen@klarquist.com
Stephanie S. Irvine (Admitted *Pro Hac Vice*)
stephanie.irvine@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

*Attorneys for Defendants*
INTERNATIONAL GAME TECHNOLOGY and IGT

*E-FILED - 4/30/09*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.:  C-06-3717-RMW (RS) <br><br> **STIPULATION AND [] ORDER VACATING DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' COUNTERCLAIMS** |

STIPULATION AND ORDER VACATING
DISMISSAL WITHOUT PREJUDICE OF
DEFENDANTS' COUNTERCLAIMS

Case No.:  C-06-3717-RMW (RS)

Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc., and Defendants International Game Technology and IGT, present this Stipulation And [Proposed] Order Vacating Dismissal Without Prejudice Of Defendants' Counterclaims.  On September 11, 2007, the Court entered a final judgment of invalidity with regard to the asserted patents in this case. Dkt #372.  As a result of that ruling, and with Defendants' consent, the Court also dismissed without prejudice Defendants' remaining counterclaims.  *Id.*  On appeal, the judgment of invalidity was reversed.  Now that the case has been remanded, Defendants intend to assert the previously dismissed counterclaims and desire that they be reinstated.

Therefore, the parties stipulate to the vacation of, and request that the Court vacate, the dismissal without prejudice of Defendants' counterclaims so that those counterclaims are reinstated.

Dated:  April 20, 2009

By: s/  Robert T. Cruzen

Robert T. Cruzen (Admitted *Pro Hac Vice*)
rob.cruzen@klarquist.com
Stephanie S. Irvine (Admitted *Pro Hac Vice*)
stephanie.irvine@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Eric L. Wesenberg (State Bar No. 139696)
ewesenberg@orrick.com
Gabriel M. Ramsey (State Bar No. 209218)
gramsey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401
*Attorneys for Defendants*
INTERNATIONAL GAME TECHNOLOGY and IGT

STIPULATION AND ORDER VACATING          - 1 -          Case No.: C-06-3717-RMW (RS)
DISMISSAL WITHOUT PREJUDICE OF
DEFENDANTS' COUNTERCLAIMS

1

2

Dated:  April 20, 2009        By: s/_Robert J. Blanch_____

3                                TERRENCE P. MCMAHON (State Bar No. 71910)
                                 tmcmahon@mwe.com
4                                ANTHONY de ALCUAZ (State Bar No. 65599)
                                 adealcuaz@mwe.com
5                                ROBERT J. BLANCH (State Bar No. 189632)
                                 rblanch@mwe.com
6                                McDERMOTT WILL & EMERY LLP

7                                3150 Porter Drive
                                 Palo Alto, CA 94304
8                                Telephone:  (650) 813-5000
                                 Facsimile:  (650) 813-5100

9
                                 *Attorneys for Plaintiffs*
10                               ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY
                                 LIMITED and ARISTOCRAT TECHNOLOGIES, INC.
11

12   Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that
     concurrence in the filing of this document has been obtained from its signatories.
13

14   Dated:  April 20, 2009        By:  s/_ Robert T. Cruzen_____

15

16         PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18   Dated this ___30___ day of April, 2009.

19

20

21

22   _____
                                 The Honorable Ronald M. Whyte
23                               United States District Court Judge

24

25

26

27   STIPULATION AND ORDER VACATING        - 2 -        Case No.:  C-06-3717-RMW (RS)
     DISMISSAL WITHOUT PREJUDICE OF
28   DEFENDANTS' COUNTERCLAIMS

1

2

**PROOF OF SERVICE**

3

4

    The undersigned hereby certifies that on April 20, 2009, the foregoing STIPULATION AND

(PROPOSED) ORDER VACATING DISMISSAL WITHOUT PREJUDICE OF IGT'S

5

COUNTERCLAIMS was electronically filed with the Clerk of the Court and served on all counsel

6

of record using the CM/ECF System.

7

8

                                s/ Robert T. Cruzen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28