*E-Filed 5/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES;<br>AUSTRALIA PTY LIMITED; and<br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL GAME<br>TECHNOLOGY, INC.; and IGT,<br><br>    Defendants.<br>_____\ | Case No. 5:06 CV 3717 RMW<br><br>ORDER RE: PENDING<br>DISCOVERY MOTIONS AND<br>MOTION FOR SANCTIONS |

THIS MATTER is before the Court with regard to defendants' letter of May 5, 2009. The letter requests the Court to resolve three discovery motions and a motion for sanctions, filed in 2007 but not adjudicated in light of the appeal in this action (see docket entries 191, 214, 242, and 243).

As these four motions have been fully briefed by the parties, and no party has indicated that it wishes to supplement its pleadings further, the Court will take the pleadings under advisement as they stand. At this point, the matters will not be calendared for hearing; rather, the parties will be notified if a hearing is warranted.

IT IS SO ORDERED.

Dated: 5/13/09

RICHARD SEEBORG
United States Magistrate Judge