**United States District Court**
For the Northern District of California

*E-Filed 5/26/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARISTOCRAT TECHNOLOGIES; AUSTRALIA PTY LIMITED; and ARISTOCRAT TECHNOLOGIES, INC.,

    Plaintiffs,

        v.

INTERNATIONAL GAME TECHNOLOGY, INC.; and IGT,

    Defendants.
_____\

Case No. 5:06 CV 3717 RMW

ORDER RE: PENDING DISCOVERY MOTIONS AND MOTION FOR SANCTIONS

THIS MATTER is before the Court on a letter from plaintiff's counsel filed May 5, 2009, and a related letter from defendants' counsel filed May 14, 2009. Both letters request the Court to rule on three pending discovery motions (docket entries [191], [214], and [243]) and a pending motion for sanctions (docket entry [242]). The parties have indicated, however, that there is a likelihood that at least some of their outstanding disputes could be resolved without the Court's intervention.

The parties shall, therefore, meet and confer as to the disputes contained in these four motions. Once the meet-and-confer is complete, within 14 days of the filing of this order the parties shall file with the Court a joint status update indicating what issues remain to be resolved. The status update should also indicate which, if any, disputes have not yet been fully briefed, and (if applicable) provide a proposed briefing schedule for such disputes.

1   IT IS SO ORDERED.

3   Dated: 5/26/09

*(signature)*
RICHARD SEEBORG
United States Magistrate Judge