1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  ROBERT J. BLANCH (State Bar No. 189632)
   rblanch@mwe.com
4  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Ste. 100
5  Menlo Park, CA  94025-4004
   Telephone:    (650) 815-7400
6  Facsimile:    (650) 815-7401

7  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
8  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.
9
   JEFFREY S. LOVE (State Bar No. 195068)
10 jeffrey.love@klarquist.com
   KLARQUIST SPARKMAN, LLP
11 121 S.W. Salmon Streeet, suite 1600
   Telephone:  503.595.5300
12 Facsimile:  503.595.5301

13 Attorneys for Defendant
   INTERNATIONAL GAME TECHNOLOGY
14 and Defendant/Counterclaim-Plaintiff IGT

15 ERIC L. WESENBERG (State Bar No. 139696)
   ewesenberg@orrick.com
16 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
17 Menlo Park, CA   94025
   Telephone:  650.614.7400
18 Facsimile:  650.614.7401

19 Attorneys for Defendant

20 INTERNATIONAL GAME TECHNOLOGY
   and Defendant/Counterclaim-Plaintiff IGT
21

*E-Filed 6/12/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING PENDING MOTIONS TO COMPEL         - 1 -         CASE NO. C 06-3717 (RMW)

| | | |
|---|---|---|
| 1 | ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and | Case No.  C 06-3717 (RMW) |
| 2 | ARISTOCRAT TECHNOLOGIES, INC., | ELECTRONIC CASE FILING |
| 3 | Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PENDING MOTION TO COMPEL (DKT 191)** |
| 4 | v. | |
| 5 | INTERNATIONAL GAME TECHNOLOGY and IGT, | |
| 6 | | |
| 7 | Defendants. | |

Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc. and defendants International Game Technology and IGT met and conferred on June 4, 2009 pursuant to the Court's Order. (Dkt. 514). As a result of that meet and confer, the parties were able resolve certain portions of Defendants' Motion to Compel Interrogatory Responses from Aristocrat. (Dkt. 191). Aristocrat agreed to provide supplemental responses providing all non-privileged information sought in IGT"s Motion with regard to defendants' Interrogatories Nos. 2-7 and 10 and 13 by June 25, 2009.  The Court's claim construction order has mooted IGT's motion as it related to Interrogatory No. 8. Aristocrat maintains its objections to defendants' Interrogatories Nos. 11-12, as set forth more fully in the parties' joint status update, filed herewith.  To memorialize this agreement, the parties respectfully request that the Court adopt this partial resolution of defendants' motion to compel (Dkt. 191) as a stipulated order.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Dated: June 9, 2009

McDERMOTT WILL & EMERY LLP

By: /s/ Robert J. Blanch
    Terrence P. McMahon
    Anthony de Alcuaz
    Robert J. Blanch
    McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Ste. 100
    Menlo Park, CA  94025-4004
    (650) 815-7400

    Attorneys for Plaintiffs
    ARISTOCRAT TECHNOLOGIES
    AUSTRALIA PTY LIMITED and
    ARISTOCRAT TECHNOLOGIES, INC.

KLARQUIST SPARKMAN, LLP

By: /s/ Jeffrey S. Love
    Jeffrey S. Love
    Garth A. Winn
    Robert T. Cruzen
    Stephanie S. Irvine

    Attorneys for Defendant
    INTERNATIONAL GAME
    TECHNOLOGY and
    Defendant/Counterclaimant-Plaintiff IGT

ORRICK, HERRINGTON & SUTCLIFFE LLP

    Eric L. Wesenberg
    Gabriel Ramsey

    Attorneys for Defendant
    INTERNATIONAL GAME
    TECHNOLOGY and
    Defendant/Counterclaimant-Plaintiff IGT

Filer's Attestation: Pursuant to General Order No. 45, X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

By: /s/Robert J. Blanch
    Robert J. Blanch

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that Aristocrat is to provide supplemental responses providing all information sought in IGT's Motion to Compel [Dkt 191] with regard to defendants' Interrogatories Nos. 2-7 and 10 and 13 by June 25, 2009.

Dated: 6/12/09

THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

MPK 154478-1.074272.0016