1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.  C 06-3717 (RMW) <br><br> ELECTRONIC CASE FILING <br><br><br> **ORDER** GRANTING REQUEST FOR REMOVAL OF ELECTRONIC DOCUMENTS |

**IT IS HEREBY ORDERED** that the electronic documents at Docket Number 519 shall be removed from the Court docket and shall be permanently deleted from the Court's electronic website.

**SO ORDERED.**

DATED: 06/15/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
Judge of the United States District Court

ORDER

- 2 -

CASE NO. C 06-3717 (RMW)