1 | Robert T. Cruzen (Admitted *Pro Hac Vice*)
2 | rob.cruzen@klarquist.com
  | Stephanie S. Irvine (Admitted *Pro Hac Vice*)
3 | stephanie.irvine@klarquist.com
  | Jeffrey S. Love (State Bar No. 195068)
4 | jeffrey.love@klarquist.com
  | Garth A. Winn (Admitted *Pro Hac Vice*)
5 | garth.winn@klarquist.com
  | KLARQUIST SPARKMAN, LLP
6 | 121 S.W. Salmon Street, Suite 1600
7 | Portland, OR  97204-2988
  | Telephone:  (503) 595-5300
8 | Facsimile:  (503) 595-5301

9 | Eric L. Wesenberg (State Bar No. 139696)
  | ewesenberg@orrick.com
10 | Gabriel M. Ramsey (State Bar No. 209218)
11 | gramsey@orrick.com
  | ORRICK, HERRINGTON & SUTCLIFFE LLP
12 | 1000 Marsh Road                              ***E-FILED - 4/30/09***
  | Menlo Park, CA  94025-1015
13 | Telephone: (650) 614-7400
  | Facsimile: (650) 614-7401
14 |
  | *Attorneys for Defendants*
15 | INTERNATIONAL GAME TECHNOLOGY and IGT

16 | **UNITED STATES DISTRICT COURT**
17 | **NORTHERN DISTRICT OF CALIFORNIA**
18 | **SAN JOSE DIVISION**

19 | ARISTOCRAT TECHNOLOGIES                        | Case No.: C-06-3717-RMW (RS)
   | AUSTRALIA PTY LIMITED and
20 | ARISTOCRAT TECHNOLOGIES, INC.,
21 |       Plaintiffs,                              | **STIPULATION AND**
   |                                                | **[] ORDER VACATING**
   |   v.                                           | **DISMISSAL WITHOUT PREJUDICE**
22 |                                                | **OF DEFENDANTS' COUNTERCLAIMS**
   | INTERNATIONAL GAME TECHNOLOGY and
23 | IGT,
24 |       Defendants.

25
26
27
28 | STIPULATION AND ORDER VACATING               Case No.:  C-06-3717-RMW (RS)
   | DISMISSAL WITHOUT PREJUDICE OF
   | DEFENDANTS' COUNTERCLAIMS

Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc., and Defendants International Game Technology and IGT, present this Stipulation And [Proposed] Order Vacating Dismissal Without Prejudice Of Defendants' Counterclaims.  On September 11, 2007, the Court entered a final judgment of invalidity with regard to the asserted patents in this case.  Dkt #372.  As a result of that ruling, and with Defendants' consent, the Court also dismissed without prejudice Defendants' remaining counterclaims.  *Id.*  On appeal, the judgment of invalidity was reversed.  Now that the case has been remanded, Defendants intend to assert the previously dismissed counterclaims and desire that they be reinstated.

Therefore, the parties stipulate to the vacation of, and request that the Court vacate, the dismissal without prejudice of Defendants' counterclaims so that those counterclaims are reinstated.

Dated:  April 20, 2009       By: s/   Robert T. Cruzen
                             Robert T. Cruzen (Admitted *Pro Hac Vice*)
                             rob.cruzen@klarquist.com
                             Stephanie S. Irvine (Admitted *Pro Hac Vice*)
                             stephanie.irvine@klarquist.com
                             Jeffrey S. Love (State Bar No. 195068)
                             jeffrey.love@klarquist.com
                             Garth A. Winn (Admitted *Pro Hac Vice*)
                             garth.winn@klarquist.com
                             KLARQUIST SPARKMAN, LLP
                             121 S.W. Salmon Street, Suite 1600
                             Portland, OR  97204-2988
                             Telephone:  (503) 595-5300
                             Facsimile:  (503) 595-5301

                             Eric L. Wesenberg (State Bar No. 139696)
                             ewesenberg@orrick.com
                             Gabriel M. Ramsey (State Bar No. 209218)
                             gramsey@orrick.com
                             ORRICK, HERRINGTON & SUTCLIFFE LLP
                             1000 Marsh Road
                             Menlo Park, CA  94025-1015
                             Telephone: (650) 614-7400
                             Facsimile: (650) 614-7401
                             *Attorneys for Defendants*
                             INTERNATIONAL GAME TECHNOLOGY and IGT

STIPULATION AND ORDER VACATING        - 1 -        Case No.:  C-06-3717-RMW (RS)
DISMISSAL WITHOUT PREJUDICE OF
DEFENDANTS' COUNTERCLAIMS

| | |
|---|---|
| Dated: April 20, 2009 | By: s/_Robert J. Blanch_____<br>TERRENCE P. MCMAHON (State Bar No. 71910)<br>tmcmahon@mwe.com<br>ANTHONY de ALCUAZ (State Bar No. 65599)<br>adealcuaz@mwe.com<br>ROBERT J. BLANCH (State Bar No. 189632)<br>rblanch@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:  (650) 813-5000<br>Facsimile:  (650) 813-5100<br><br>*Attorneys for Plaintiffs*<br>ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC. |

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatories.

Dated: April 20, 2009                           By: s/_Robert T. Cruzen_____

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this __30__ day of April, 2009.


                            _____
                              The Honorable Ronald M. Whyte
                              United States District Court Judge

STIPULATION AND ORDER VACATING           - 2 -           Case No.: C-06-3717-RMW (RS)
DISMISSAL WITHOUT PREJUDICE OF
DEFENDANTS' COUNTERCLAIMS

## PROOF OF SERVICE

The undersigned hereby certifies that on April 20, 2009, the foregoing STIPULATION AND (PROPOSED) ORDER VACATING DISMISSAL WITHOUT PREJUDICE OF IGT'S COUNTERCLAIMS was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF System.

                                         s/ Robert T. Cruzen

PROOF OF SERVICE                                        Case No.: C-06-3717-RMW (RS)