| | |
|---|---|
| TERRENCE P. MCMAHON (SBN 71910)<br>tmcmahon@mwe.com<br>ANTHONY DE ALCUAZ (SBN 65599)<br>adealcuaz@mwe.com<br>ROBERT J. BLANCH (SBN 189632)<br>rblanch@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Ste. 100<br>Menlo Park, CA 94025-4004<br>Telephone:   (650) 815-7400<br>Facsimile:    (650) 815-7401<br><br>Attorneys for Plaintiffs<br>ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY LIMITED and<br>ARISTOCRAT TECHNOLOGIES, INC. | ROBERT T. CRUZEN (*Pro Hac Vice*)<br>rob.cruzen@klarquist.com<br>STEPHANIE S. IRVINE (*Pro Hac Vice*)<br>Stephanie.irvine@klarquist.com<br>JEFFERY S. LOVE (SBN 195068)<br>Jeffrey.love@klarquist.com<br>GARTH A. WINN (*Pro Hac Vice*)<br>Garth.winn@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR 97204-2988<br>Telephone: (503) 595-5300<br>Facsimile: (503) 595-5301<br><br>ERIC L. WESENBERG (SBN 139696)<br>ewesenberg@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFF LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br><br>Attorneys for Defendants<br>INTERNATIONAL GAME TECHNOLOGY<br>and IGT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                 ***E-FILED - 6/23/09***

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY LIMITED and<br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME<br>TECHNOLOGY and IGT,<br><br>Defendants. | Case No.  C 06-3717 (RMW)<br><br>**ELECTRONIC CASE FILING**<br><br>**STIPULATION AND [] ORDER<br>TO CONTINUE HEARING DATE FOR<br>SUMMARY JUDGMENT MOTIONS**<br><br>Date:        June 26, 2009<br>Time:       9:00 a.m.<br>Location:  Courtroom 6, 4th floor<br>Before:     Hon. Judge Ronald M. Whyte |

STIPULATION AND [] ORDER TO
CONTINUE HEARING DATE FOR SUMMARY
JUDGMENT MOTIONS

CASE NO. C 06-3717 RMW

1  Plaintiffs Aristocrat Technologies, Australia PTY Limited, and Aristocrat Technologies,
2  Inc. (collectively "Aristocrat") and Defendants International Game Technology and IGT
3  (collectively "IGT") hereby stipulate and agree, by and through their undersigned counsel of
4  record, as follows:
5  WHEREAS, the Court has scheduled a hearing on IGT's *Muniauction* Summary
6  Judgment Motion and IGT's Prosecution Laches Summary Judgment Motion for June 26, 2009;
7  WHEREAS, the two lead counsel for Aristocrat are currently in trial in Reno, Nevada
8  until July 3, 2009, and are therefore unavailable on June 26, 2009;
9  WHEREAS, counsel for Aristocrat and counsel for IGT are available on July 10, 2009
10 when IGT's Second Motion for Summary Judgment (Dkt 526) is currently set for hearing;
11 WHEREAS, Aristocrat agrees that it will not seek to further continue the hearing date for
12 IGT's *Muniauction* Summary Judgment Motion or IGT's Prosecution Laches Summary Judgment
13 Motion;
14 THEREFORE, Aristocrat and IGT, by and through their counsel of record, hereby
15 stipulate and jointly move the Court to continue the hearing date until July 10, 2009, or as soon
16 thereafter as the Court's calendar permits.

Dated: June 16, 2009

By   /s/ Robert J. Blanch
Terrence P. McMahon
Anthony de Alcuaz
Robert J. Blanch
MCDERMOTT WILL & EMERY LLP

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES
ARISTOCRAT PTY LIMITED and
ARISTOCRAT TECHNOLOGIES, INC.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING DATE FOR SUMMARY      - 1 -                CASE NO. C 06-3717 RMW
JUDGMENT MOTIONS

Dated: June 16, 2009

By    /s/ Jeffrey S. Love
Jeffrey S. Love
Robert T. Cruzen (*Pro Hac Vice*)
Stephanie S. Irvine (*Pro Hac Vice*)
Garth A. Winn (*Pro Hac Vice*)
KLARQUIST SPARKMAN, LLP

Eric L. Wesenberg
ORRICK, HERRINGTON & SUTCLIFF LLP

Attorneys for Defendants
INTERNATIONAL GAME TECHNOLOGY and IGT

Filer's Attestation: Pursuant to General Order No. 45, X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

By:   /s/Robert J. Blanch
Robert J. Blanch

## ORDER

It is hereby ORDERED that the hearing for Defendant's *Muniauction* Summary Judgment Motion and IGT's Prosecution Laches Summary Judgment Motion scheduled for 9:00 a.m. on June 26, 2009 is continued until 9:00 a.m. on July 10, 2009.

**IT IS SO ORDERED.**

Dated: 6/23/09

_____
The Honorable Ronald M. Whyte
United States District Court Judge

MPK 154676-1.074272.0016

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR SUMMARY JUDGMENT MOTIONS    - 2 -    CASE NO. C 06-3717 RMW