**E-FILED on** 07/01/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, ARISTOCRAT PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | No. C-06-03717 RMW<br><br>ORDER CHANGING TIME ON PLAINTIFFS' MOTION TO FILE SUR-REPLY AND SUPPLEMENTAL PROSECUTION HISTORY EXCERPTS<br><br>**[Re Docket Nos. 591]** |

Pursuant to a stipulation by the parties, plaintiffs' motion for leave to file a sur-reply and supplemental prosecution history excerpts shall be heard with the other scheduled motions on July 10, 2009. Defendants shall file their opposition to the motion by Monday, July 6, 2009.

DATED: 07/01/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER CHANGING TIME ON PLAINTIFFS' MOTION TO FILE SUR-REPLY AND SUPPLEMENTAL PROSECUTION HISTORY EXCERPTS —No. C-06-03717 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Anthony R. de Alcaeus | adealcuaz@mwe.com |
| Terrence Patrick McMahon | tmcmahon@mwe.com |
| Robert J. Blanch , Jr. | rblanch@mwe.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jeffrey Stewart Love | jeffrey.love@klarquist.com |
| Adam Randal Wichman | adam.wichman@klarquist.com |
| Gabriel M. Ramsey | gramsey@orrick.com |
| Garth Alan Winn | garth.winn@klarquist.com |
| Kristin L. Cleveland | kristin.cleveland@klarquist.com |
| Lane M Chitwood | lane.chitwood@klarquist.com |
| Patrick Marshall Bible | patrick.bible@klarquist.com |
| Robert T. Cruzen | rob.cruzen@klarquist.com |
| Samir N. Pandya | samir.pandya@klarquist.com |
| Stephanie Sue Irvine | stephanie.irvine@klarquist.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     07/01/09                                                          JAS
                                                                                          **Chambers of Judge Whyte**