IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTROCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED, et al.,<br><br>Plaintiff,<br><br>-v-<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.,<br><br>Defendant. | ***E-FILED - 10/22/09***<br><br>CASE NO.: C-06-03717-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that defendant's Exhibit 1 to the declaration of Richard Michaelson lodged with the court on June 2, 2009 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 22, 2009

_____
RONALD M. WHYTE
United States District Judge

1
2
3
Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28