**E-FILED on** 11/12/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | No. C-06-03717 RMW<br><br>ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME FOR DEFENDANTS' MOTION FOR ADDITIONAL DEPOSITIONS AND TO TAKE DEPOSITIONS AFTER THE DISCOVERY DEADLINE<br><br>**[Re Docket No. 697]** |

Defendants International Game Technology and IGT (collectively "IGT") move to shorten the time for hearing of IGT's Motion for Additional Depositions and to Take Depositions After the Discovery Deadline ("Motion for Depositions"). Good cause appearing therefore, the court grants IGT's motion to shorten the time for hearing IGT's Motion for Depositions. The court sets the following schedule:

<u>November 16, 2009</u>: Deadline for Aristocrat to file its Opposition to IGT's Motion for Depositions

<u>November 17, 2009</u>: Deadline for IGT to file its Reply in support of its Motion for Depositions.

<u>November 20, 2009</u>: Hearing date on IGT's Motion for Depositions.

DATED: 11/12/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME FOR DEFENDANTS' MOTION FOR ADDITIONAL DEPOSITIONS AND TO TAKE DEPOSITIONS AFTER THE DISCOVERY DEADLINE —No. C-06-03717 RMW
CCL                                                                                       2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Anthony R. de Alcaeus    adealcuaz@mwe.com
Terrence Patrick McMahon    tmcmahon@mwe.com
Jeremy Todd Elman    jelman@mwe.com
Robert J. Blanch , Jr.    rblanch@mwe.com
Phillip C. Ducker    pducker@mwe.com

**Counsel for Defendants:**

Jeffrey Stewart Love    jeffrey.love@klarquist.com
Adam Randal Wichman    adam.wichman@klarquist.com
Daniel Justin Weinberg    dweinberg@orrick.com
Gabriel M. Ramsey    gramsey@orrick.com
Garth Alan Winn    garth.winn@klarquist.com
Kristin L. Cleveland    kristin.cleveland@klarquist.com
Lane M Chitwood    lane.chitwood@klarquist.com
Laura Kieran Kieckhefer    kkieckhefer@orrick.com
Patrick Marshall Bible    patrick.bible@klarquist.com
Robert T. Cruzen    rob.cruzen@klarquist.com
Stephanie Sue Irvine    stephanie.irvine@klarquist.com
Eric Lance Wesenberg    ewesenberg@orrick.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    11/12/09            CCL
                                                                  **Chambers of Judge Whyte**