TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

*E-FILED - 2/10/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No. C 06-3717 (RMW)(PVT) <br><br> ELECTRONIC CASE FILING <br><br> **STIPULATION AND [** xxxxxxxxxxx **ORDER EXTENDING STAY** <br><br> Date: N/A <br> Time: N/A <br> Location: Courtroom 6, 4th floor <br> Before: Hon. Judge Ronald M. Whyte |

This Stipulation and [Proposed] Order is entered into with reference to the following facts:

1. This action was stayed by this Court's Order of December 23, 2009 at the parties' request to facilitate settlement discussions. (Dkt. 765). Plaintiffs Aristocrat Technologies Australia Pty Ltd. and Aristocrat Technologies, Inc. and Defendants International Game Technology and IGT conferred and have agreed to request, and do hereby jointly request, that the stay of the above-captioned action and all related discovery previously entered be extended until March 31, 2010 to allow for further discussions between Plaintiffs and Defendants as to the resolution of this case. The parties have engaged in productive settlement discussions since the

1   case was stayed. The parties anticipate engaging in third party mediation and the further stay is intended to allow that mediation to occur. The parties will in any event continue settlement discussions through the proposed March 31, 2010 date in hopes of resolving this case. The parties' intention to stay proceedings includes any obligations related to discovery orders issued by Magistrate Judge Seeborg (and now pending before Magistrate Judge Trumbull) and the proceedings in Australia presently pending in response to the Letter of Request issued by Magistrate Judge Seeborg on June 12, 2009. The parties have agreed to instruct Australian counsel as to the further stay of Australian proceedings.

2.  To preserve the *status quo*, Plaintiffs and Defendants also jointly request that all motions or other matters presently under submission to this Court or to Magistrate Judge Seeborg (and now pending before Magistrate Judge Trumbull) be held in abeyance during that period and that no order upon any matter presently under submission issue during that period.

3.  In the event that the parties do not succeed in reaching a full and final settlement of all disputes in this action prior to the expiration of the stay requested herein, Plaintiffs and Defendants will confer and not later than April 12, 2010, will submit to the Court a proposed Amended Scheduling Order. With respect to pending motions as to which the briefing is incomplete and/or as to which a hearing has yet to occur, the parties will confer, agree upon a schedule for the completion of briefing and confer and agree upon dates for hearings on such pending motions upon the earliest dates convenient for the parties and the Court after expiration of said stay.

4.  Plaintiffs and Defendants have likewise agreed that the period of stay requested herein shall not inure to the benefit of or to the detriment of either Plaintiffs or Defendants, and that neither the request for nor existence of this stay, nor any communications between counsel, the parties or the Court concerning the request for the stay will be discoverable or admissible in this action.

| | |
|---|---|
| Dated: February 9, 2010 | By: /s/ Anthony de Alcuaz<br>Anthony de Alcuaz<br>McDERMOTT WILL & EMERY LLP<br>Attorneys for Plaintiffs<br>ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY LIMITED and<br>ARISTOCRAT TECHNOLOGIES, INC. |
| Dated: February 9, 2010 | By: /s/ Garth A. Winn<br>Garth A. Winn<br>Klarquist Sparkman LLP<br>Attorneys for Defendants<br>International Game Technology, Inc. and<br>IGT |

**ORDER**

The Court having read and considered the above Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The stay previously ordered shall remain in effect through March 31, 2010 to allow for settlement communications between the parties.

2. In the event that this case is not fully and finally settled during said stay, the parties shall confer and submit to the Court not later than April 12, 2010 a proposed case schedule.

4. During the stay, all motions presently under submission to this Court or to Magistrate Judge Seeborg (and now pending before Magistrate Judge Trumbull) shall remain under submission. All obligations related to discovery orders issued by Magistrate Judge Seeborg shall be stayed. All hearing dates upon pending motions are vacated. If final settlement does not occur during the period of the stay, the parties shall confer, agree upon a briefing schedule for any pending briefs and upon dates for hearing on all motions presently pending for hearing and shall submit an appropriate stipulation and proposed order regarding such briefing and hearings.

**IT IS SO ORDERED.**

STIPULATION AND [XXXXXXXX ORDER EXTENDING STAY     3     Case No. C 06-3717 (RMW)

DATED: 2/9/10

*Ronald M. Whyte*
RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT

MPK 161064-2.074272.0016

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park