United States District Court
For the Northern District of California

**E-FILED on** 3/26/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | No. C-06-03717 RMW<br><br>ORDER TAKING MOTIONS OFF CALENDAR<br><br>**[Re Docket Nos. 443, 601, 646, 649, 683, 686, 695, 702, 705, 711, 738, 743, 755]** |

Pursuant to the parties' stipulation and the court's February 10, 2010 order extending the stay in this case, all pending motions in this case are taken off calendar. These motions may be re-noticed for hearing if necessary, in accordance with the procedure set forth in paragraph 3 of the parties' stipulation. *See* Dkt No. 771.

DATED: 3/26/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TAKING MOTIONS OFF CALENDAR —No. C-06-03717 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Anthony R. de Alcaeus     adealcuaz@mwe.com
Terrence Patrick McMahon  tmcmahon@mwe.com
Jeremy Todd Elman         jelman@mwe.com
Robert J. Blanch , Jr.    rblanch@mwe.com
Phillip C. Ducker         pducker@mwe.com

**Counsel for Defendants:**

Jeffrey Stewart Love      jeffrey.love@klarquist.com
Adam Randal Wichman       adam.wichman@klarquist.com
Daniel Justin Weinberg    dweinberg@orrick.com
Gabriel M. Ramsey         gramsey@orrick.com
Garth Alan Winn           garth.winn@klarquist.com
Kristin L. Cleveland      kristin.cleveland@klarquist.com
Lane M Chitwood           lane.chitwood@klarquist.com
Laura Kieran Kieckhefer   kkieckhefer@orrick.com
Michael J. Bettinger      mike.bettinger@klgates.com
Patrick Marshall Bible    patrick.bible@klarquist.com
Robert T. Cruzen          rob.cruzen@klarquist.com
Stephanie Sue Irvine      stephanie.irvine@klarquist.com
Eric Lance Wesenberg      ewesenberg@orrick.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/26/10                                   CCL
                                          **Chambers of Judge Whyte**