TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
ROBERT J. BLANCH (State Bar No. 189632)
rblanch@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA  94025-4004
Telephone:     (650) 815-7400
Facsimile:      (650) 815-7401

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | Case No.  C 06-3717 (RMW)<br><br>ELECTRONIC CASE FILING<br><br>[PROPOSED] ORDER GRANTING ARISTOCRAT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF JEREMY T. ELMAN IN SUPPORT OF ARISTOCRAT'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Date:          December 4, 2009<br>Time:          9:00 a.m.<br>Location:    Courtroom 6, 4th floor<br>Before:       Hon. Judge Ronald M. Whyte |

[Proposed] Order Granting Aristocrat's
Administrative Request to File Under Seal

CASE NO. C 06-3717 (RMW)

Having reviewed the submissions relating to Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.'s ("Aristocrat") Administrative Request Pursuant to Civil Local Rules 7-11 and 79-5 relating to Filing Material Under Seal, and good cause appearing therefore, it is hereby ordered that:

Aristocrat's Administrative Request to File Under Seal the following Exhibits to the Declaration of Jeremy T. Elman in Support of Aristocrat's Motion for Leave to File Second Amended Complaint is granted:

1) Exhibit 6

2) Exhibit 7.

**IT IS SO ORDERED.**

Dated: May 4, 2010

*/s/ Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

MPK 158695-1.074272.0016

[Proposed] Order Granting Plaintiffs' Administrative Request to File Under Seal — - 2 - — CASE NO. C 06-3717 (RMW)

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park