| | |
|---|---|
| 1 | Robert T. Cruzen (State Bar No. 203658) |
| 2 | rob.cruzen@klarquist.com |
|   | Stephanie S. Nelson (Admitted *Pro Hac Vice*) |
| 3 | stephanie.nelson@klarquist.com |
|   | Jeffrey S. Love (State Bar No. 195068) |
| 4 | jeffrey.love@klarquist.com |
|   | Garth A. Winn (Admitted *Pro Hac Vice*) |
| 5 | garth.winn@klarquist.com |
|   | KLARQUIST SPARKMAN, LLP |
| 6 | 121 S.W. Salmon Street, Suite 1600 |
| 7 | Portland, Oregon 97204-2988 |
|   | Telephone: (503) 595-5300 |
| 8 | Facsimile: (503) 595-5301 |
| 9 | Michael J. Bettinger (State Bar No. 122196) |
|   | mike.bettinger@klgates.com |
| 10 | Rachel R. Davidson (Sate Bar No. 215517) |
|    | rachel.davidson@klgates.com |
| 11 | K&L Gates LLP |
|    | Four Embarcadero Center, Suite 1200 |
| 12 | San Francisco, California 94111-5994 |
| 13 | Telephone: (415) 882-8200 |
|    | Facsimile: (415) 882-8220 |
| 14 | |
| 15 | (Counsel Continued on Subsequent Page) |
|    | *Attorneys for Defendants* |
| 16 | INTERNATIONAL GAME TECHNOLOGY and IGT |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.: C-06-3717-RMW (PVT) <br><br> **ORDER GRANTING IGT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL IGT'S NOTICE OF MOTION AND MOTION TO STAY PENDING ARBITRATION AND DESIGNATE DOCUMENTS FOR ARBITRATION** |
| ORDER GRANTING IGT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL | Case No.: C-06-3717-RMW (PVT) |

Having reviewed the submissions relating to IGT's Administrative Request to File Under Seal IGT's Motion To Stay Pending Arbitration And Designate Documents For Arbitration and, and good cause appearing therefore, it is hereby ordered that:

The following portions of IGT's Motion To Stay Pending Arbitration And Designate Documents For Arbitration may be filed under seal:

- Portions of the INTRODUCTION that describe the parties' confidential agreement, Aristocrat's discovery response, and Aristocrat's license agreements;
- Portions of the BACKGROUND that describe and quote the parties' confidential agreement, the 2007 arbitration regarding the parties' confidential agreement, and Aristocrat's license agreements; and
- Portions of Section A of the ARGUMENT describing and quoting the parties' confidential agreement and Aristocrat's license agreements.

The following Exhibits to the Declaration of Stephanie Nelson in Support of IGT's Motion To Stay Pending Arbitration And Designate Documents For Arbitration may be filed under seal: A through I and L.

IT IS SO ORDERED

Dated: May 4, 2010

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT

ORDER GRANTING IGT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL         - 1 -         Case No.: C-06-3717-RMW (PVT)