**E-FILED on**   5/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | No. C-06-03717 RMW <br><br> ORDER DENYING IGT'S MOTION TO SEAL CERTAIN PORTIONS OF ITS OBJECTIONS TO NONDISPOSITIVE PRETRIAL DECISION PURSUANT TO FED. R. CIV. PROC. 72(a) <br><br> **[Re Docket No. 738]** |

On November 16, 2009, defendants International Game Technology and IGT (collectively "IGT") moved to file portions of IGT's Objections to Nondispositive Pretrial Decision Pursuant to Fed. R. Civ. Proc. 72(a) under seal because plaintiffs Aristocrat Technologies, Australia PTY Limited, and Aristocrat Technologies, Inc. (collectively "Aristocrat") had designated portions of the document confidential or highly confidential. Pursuant to Civil Local Rule 79-5(d), Aristocrat had seven days to file with the court and serve a declaration establishing that the designated information is sealable and a narrowly tailored proposed sealing order. Aristocrat has not filed either a declaration or a proposed sealing order. Thus, it appears that Aristocrat does not object to having

ORDER DENYING IGT'S MOTION TO SEAL CERTAIN PORTIONS OF ITS OBJECTIONS TO NONDISPOSITIVE PRETRIAL DECISION PURSUANT TO FED. R. CIV. PROC. 72(a)   —No. C-06-03717 RMW
CCL

the document made part of the public record. The court therefore denies the motion to seal. IGT shall file an unredacted version of its Objections to Nondispositive Pretrial Decision Pursuant to Fed. R. Civ. Proc. 72(a) as part of the public record within 5 days of this order.

DATED: 5/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Anthony R. de Alcaeus | adealcuaz@mwe.com |
| Terrence Patrick McMahon | tmcmahon@mwe.com |
| Jeremy Todd Elman | jelman@mwe.com |
| Robert J. Blanch , Jr. | rblanch@mwe.com |
| Phillip C. Ducker | pducker@mwe.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jeffrey Stewart Love | jeffrey.love@klarquist.com |
| Daniel Justin Weinberg | dweinberg@orrick.com |
| Gabriel M. Ramsey | gramsey@orrick.com |
| Garth Alan Winn | garth.winn@klarquist.com |
| Kristin L. Cleveland | kristin.cleveland@klarquist.com |
| Laura Kieran Kieckhefer | kkieckhefer@orrick.com |
| Michael J. Bettinger | mike.bettinger@klgates.com |
| Patrick Marshall Bible | patrick.bible@klarquist.com |
| Robert T. Cruzen | rob.cruzen@klarquist.com |
| Stephanie Sue Nelson | stephanie.nelson@klarquist.com |
| Eric Lance Wesenberg | ewesenberg@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 5/4/10                                          CCL
                                                **Chambers of Judge Whyte**