**E-FILED on**    5/6/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | No. C-06-03717 RMW <br><br><br> ORDER REGARDING MOTION TO SEAL <br><br> **[Re Docket No. 784]** |

      Plaintiffs Aristocrat Technologies, Australia PTY Limited, and Aristocrat Technologies, Inc. (collectively "Aristocrat") move to file under seal portions of its opposition to IGT's motion for leave to file first supplemental answer and counterclaims as well as portions of Exhibit 1 and all of Exhibits 2 through 6 to the Declaration of Jeremy T. Elman in support thereof.

      A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a). The request must be narrowly tailored to seek sealing of only sealable material. *Id.* Having reviewed the material that Aristocrat seek to file under seal, the court has concerns about the extent of material which Aristocrat seeks to file under seal. With respect to Aristocrat's opposition to IGT's motion for leave to file first supplemental answer and counterclaims, it appears that there is no basis

ORDER REGARDING MOTION TO SEAL —No. C-06-03717 RMW
CCL

for sealing lines 8-14 on page 9.  As for Exhibit 1 to the Declaration of Jeremy T. Elman, it appears that there is no basis for sealing the redacted portions of pages 40-43 and 50-53.  The court therefore orders Aristocrat to explain why these portions are sealable.  If Aristocrat does not submit an explanation establishing that this material is sealable by May 14, 2010, the motion to seal will be denied.

DATED: 5/6/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Anthony R. de Alcaeus | adealcuaz@mwe.com |
| Terrence Patrick McMahon | tmcmahon@mwe.com |
| Jeremy Todd Elman | jelman@mwe.com |
| Robert J. Blanch , Jr. | rblanch@mwe.com |
| Phillip C. Ducker | pducker@mwe.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jeffrey Stewart Love | jeffrey.love@klarquist.com |
| Daniel Justin Weinberg | dweinberg@orrick.com |
| Gabriel M. Ramsey | gramsey@orrick.com |
| Garth Alan Winn | garth.winn@klarquist.com |
| Kristin L. Cleveland | kristin.cleveland@klarquist.com |
| Laura Kieran Kieckhefer | kkieckhefer@orrick.com |
| Michael J. Bettinger | mike.bettinger@klgates.com |
| Patrick Marshall Bible | patrick.bible@klarquist.com |
| Robert T. Cruzen | rob.cruzen@klarquist.com |
| Stephanie Sue Nelson | stephanie.nelson@klarquist.com |
| Eric Lance Wesenberg | ewesenberg@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 5/6/10                                         CCL
                                                **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California