1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  ROBERT J. BLANCH (State Bar No. 189632)
   rblanch@mwe.com
4  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Ste. 100
5  Menlo Park, CA  94025-4004
   Telephone:     (650) 815-7400
6  Facsimile:     (650) 815-7401

7  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
8  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.  C 06-3717 (RMW) <br><br> ELECTRONIC CASE FILING <br><br> [PROPOSED] ORDER GRANTING ARISTOCRAT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF ARISTOCRAT'S OPPOSITION TO IGT'S MOTION TO STAY AND PORTIONS OF THE DECLARATION OF TERRY W. AHEARN IN SUPPORT OF ARISTOCRAT'S MOTION TO STAY <br><br> Date:       May 28, 2010 <br> Time:      9:00 a.m. <br> Location:  Courtroom 6, 4th floor <br> Before:    Hon. Judge Ronald M. Whyte |

[Proposed] Order Granting Aristocrat's
Administrative Request to File Under Seal

CASE NO. C 06-3717 (RMW)

Having reviewed the submissions relating to Plaintiffs', Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc. ("Aristocrat"), Administrative Request To File Under Seal Portions of Aristocrat's Opposition to IGT's Motion To Stay And Portions of Terry W. Ahearn's Declaration ISO Opposition, Pursuant to Civil Local Rules 7-11 and 79-5 relating to Filing Material Under Seal, and good cause appearing therefore, it is hereby ordered that:

Administrative Request To File Under Seal Portions of Aristocrat's Opposition to IGT's Motion To Stay And Portions of Terry W. Ahearn's Declaration ISO Opposition is granted:

**IT IS SO ORDERED.**

Dated: May 10, 2010

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

DM_US 25405901-1.074272.0016

[Proposed] Order Granting Plaintiffs'
Administrative Request to File Under Seal     - 2 -     CASE NO. C 06-3717 (RMW)