Robert T. Cruzen (State Bar No. 203658)
rob.cruzen@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Stephanie S. Nelson (Admitted *Pro Hac Vice*)
stephanie.nelson@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Michael J. Bettinger (State Bar No. 122196)
mike.bettinger@klgates.com
Rachel R. Davidson (Sate Bar No. 215517)
rachel.davidson@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, California  94111-5994
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

*Attorneys for Defendants*
INTERNATIONAL GAME TECHNOLOGY and IGT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br>    Plaintiffs, <br><br>     v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br>    Defendants. | Case No.:  C-06-3717-RMW (PVT) <br><br> **ORDER GRANTING IGT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL IGT'S REPLY IN SUPPORT OF ITS MOTION TO STAY PENDING ARBITRATION AND DESIGNATE DOCUMENTS FOR ARBITRATION** |

ORDER GRANTING IGT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL

Case No.:  C-06-3717-RMW (PVT)

1  Having reviewed the submissions relating to IGT's Administrative Request to File Under Seal IGT'S Reply In Support Of Its Motion To Stay Pending Arbitration And Designate Documents For Arbitration and, and good cause appearing therefore, it is hereby ordered that:

The following portions of IGT'S Reply In Support Of Its Motion To Stay Pending Arbitration And Designate Documents For Arbitration may be filed under seal:

- Portions of the INTRODUCTION that describe the parties' highly confidential agreement;
- Portions of the ARGUMENT at II.A. that describe the parties' highly confidential agreement and a license agreement designated highly confidential by Aristocrat;
- Portions of the ARGUMENT at II.C. that describe the parties' highly confidential agreement;
- Portions of the ARGUMENT at II.D. that describe and quote the parties' highly confidential agreement and license agreements designated highly confidential by Aristocrat;
- Portions of the ARGUMENT at II. E. that describe the parties' highly confidential agreement.

The following Exhibits to the Declaration of Kristin L. Cleveland in Support of IGT's Motion To Stay Pending Arbitration And Designate Documents For Arbitration may be filed under seal:  A and B.

IT IS SO ORDERED

Dated: May 18, 2010

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT

ORDER GRANTING IGT'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL         - 1 -         Case No.:  C-06-3717-RMW (PVT)