1

2

3

4                                                    **E-FILED on**    5/18/10

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   ARISTOCRAT TECHNOLOGIES,                   No. C-06-03717 RMW
     AUSTRALIA PTY LIMITED and
13   ARISTOCRAT TECHNOLOGIES, INC.,

14            Plaintiffs,                        ORDER GRANTING IN PART AND
                                                 DENYING IN PART MOTIONS TO SEAL
15        v.

16   INTERNATIONAL GAME TECHNOLOGY              **[Re Docket Nos. 705, 743, 784, 814]**
     and IGT,
17
              Defendants.
18

19

20        Plaintiffs Aristocrat Technologies, Australia PTY Limited, and Aristocrat Technologies, Inc.

21   (collectively "Aristocrat") and defendants International Game Technology and IGT (collectively

22   "IGT") have moved to file under seal the following:

23        •    Dkt. No. 705: (1) portions of IGT's notice of motion and motion for leave to file first

24             supplemental answer and counterclaims, (2) portions of IGT's first supplemental

25             answer and counterclaims, and (3) Exhibits B and C to the Declaration of Kristin

26             Cleveland in support thereof.

27

28

1   •   Dkt. No. 743: (1) portions of Aristocrat's opposition to IGT's motion for additional
2       depositions after the discovery deadline and (2) Exhibit G to the Declaration of
3       Robert J. Blanch in support thereof.
4   •   Dkt. No. 784: (1) portions of Aristocrat's opposition to IGT's motion for leave to file
5       first supplemental answer and counterclaims and (2) portions of Exhibit 1 and all of
6       Exhibits 2 through 6 to the Declaration of Jeremy T. Elman in support thereof.
7   •   Dkt. No. 814:  (1) portions of IGT's reply in support of its motion for leave to file
8       first supplemental answer and counterclaims and (2) Exhibits A, C, D, and E to the
9       Declaration of Stephanie Nelson in support thereof.
10      Having reviewed the material that the parties seek to file under seal, the court does not see a
11  basis for sealing the material listed below and thus denies the motions to seal with respect to the
12  following:
13  •   Dkt. No. 705: (1) the redacted portions of pages 3-4, lines 1-5 of page 5, lines 1 and
14      21-26 of page 8, and lines 1-3 of page 9 of IGT's notice of motion and motion for
15      leave to file first supplemental answer and counterclaims, (2) the redacted portions of
16      pages 40-43, 45-47, and 50-53, and lines 1-9 and 11-12 of page 58 of IGT's first
17      supplemental answer and counterclaims, and (3) Exhibits B and C to the Declaration
18      of Kristin Cleveland in support thereof.
19  •   Dkt. No. 743: (1) lines 10-16 of page 8 of Aristocrat's opposition to IGT's motion for
20      additional depositions after the discovery deadline and (2) Exhibit G to the
21      Declaration of Robert J. Blanch in support thereof.
22  •   Dkt. No. 784: (1) lines 8-14 on page 9 of Aristocrat's opposition to IGT's motion for
23      leave to file first supplemental answer and counterclaims and (2) the redacted
24      portions of pages 40-43, 45-47, and 50-53 of Exhibit 1 to the Declaration of Jeremy
25      T. Elman in support thereof.
26  •   Dkt. No. 814: line 10 on page 2, lines 9-10 on page 3, and the redacted portions of
27      pages 9-10 of IGT's reply in support of its motion for leave to file first supplemental
28      answer and counterclaims.

United States District Court
For the Northern District of California

1   In all other respects, the motions to seal are granted.  Pursuant to Local Rule 79-5(e), the parties

2   have 4 days to resubmit the documents in a manner that conforms to this order.

3

4

5   DATED:         5/18/10                                   *Ronald M Whyte*

6                                                        RONALD M. WHYTE
                                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL   —No. C-06-03717 RMW
CCL                                                3

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Anthony R. de Alcaeus | adealcuaz@mwe.com |
| Terrence Patrick McMahon | tmcmahon@mwe.com |
| Jeremy Todd Elman | jelman@mwe.com |
| Robert J. Blanch , Jr. | rblanch@mwe.com |
| Phillip C. Ducker | pducker@mwe.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jeffrey Stewart Love | jeffrey.love@klarquist.com |
| Daniel Justin Weinberg | dweinberg@orrick.com |
| Gabriel M. Ramsey | gramsey@orrick.com |
| Garth Alan Winn | garth.winn@klarquist.com |
| Kristin L. Cleveland | kristin.cleveland@klarquist.com |
| Laura Kieran Kieckhefer | kkieckhefer@orrick.com |
| Michael J. Bettinger | mike.bettinger@klgates.com |
| Patrick Marshall Bible | patrick.bible@klarquist.com |
| Robert T. Cruzen | rob.cruzen@klarquist.com |
| Stephanie Sue Nelson | stephanie.nelson@klarquist.com |
| Eric Lance Wesenberg | ewesenberg@orrick.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   5/18/10                                CCL
                                        **Chambers of Judge Whyte**

ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL   —No. C-06-03717 RMW
CCL                                        4