UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.,<br><br>　　　　　Defendants.<br>_____<br><br>AND RELATED CROSS-ACTION<br>_____ | Case No.: C 06-3717 RMW (PVT)<br><br>**FURTHER INTERIM ORDER** RE PLAINTIFFS' EXPEDITED MOTION TO COMPEL RESPONSES TO PLAINTIFFS' DOCUMENT REQUEST NOS. **3, 18, 22, 27-29** AND **32-35**<br><br>**(Re: Docket No. 711)** |

On April 28, 2010, the parties submitted a joint letter brief regarding the Plaintiffs' pending Expedited Motion to Compel Responses to Plaintiffs' Document Request Responses Nos. 3, 18, 22, 27-29 and 32-35, which was filed before the case was reassigned to Magistrate Judge Trumbull for discovery matters.[1] On May 13, 2010, District Judge Whyte issued an order granting Defendants' motion for summary judgment. Based on the joint letter brief, Judge Whyte's order, and the file herein,

IT IS HEREBY ORDERED that, no later than May 25, 2010, the parties shall file

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  supplemental briefs explaining which, if any, of the discovery requests in dispute remain at issue in
2  light of Judge Whyte's grant of summary judgment.
3  Dated: *5/20/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge