**United States District Court**
**For the Northern District of California**

**E-FILED on** ___6/15/10___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,

    Plaintiffs,

    v.

INTERNATIONAL GAME TECHNOLOGY and IGT,

    Defendants.

No. C-06-03717 RMW

JUDGMENT OF NON-INFRINGEMENT

On May 13, 2010, the court granted summary judgment of non-infringement on the patents-in-suit. On June 15, 2010, the court issued an order finding no just reason for delay in entering final judgment under Federal Rule of Civil Procedure 54 (b) as to its finding of non-infringement. It is now, therefore, ordered, adjudged and decreed that defendants International Game Technology and IGT do not infringe U.S. Patent No. 7,056,215 and U.S. Patent No. 7,108,603. Judgment is so entered.

DATED: ___6/15/10___

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT OF NON-INFRINGEMENT —No. C-06-03717 RMW
CCL