Robert T. Cruzen (State Bar No. 203658)
rob.cruzen@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Stephanie S. Nelson (Admitted *Pro Hac Vice*)
stephanie.nelson@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Michael J. Bettinger (State Bar No. 122196)
mike.bettinger@klgates.com
Rachel R. Davidson (Sate Bar No. 215517)
rachel.davidson@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

(Counsel Continued on Subsequent Page)
*Attorneys for Defendants*
INTERNATIONAL GAME TECHNOLOGY and IGT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.: C-06-3717-RMW (PVT) <br><br> **ORDER GRANTING IGT'S MOTION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY FEES** <br><br> **Civil L.R. 6-3** |

| | |
|---|---|
| ORDER GRANTING IGT'S MOTION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY FEES | Case No.: C-06-3717-RMW (PVT) |

1  Eric L. Wesenberg (State Bar No. 139696)
   ewesenberg@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025-1015
4  Telephone: (650) 614-7400
   Facsimile: (650) 614-7401
5

6
   *Attorneys for Defendants*
7  INTERNATIONAL GAME TECHNOLOGY and IGT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 ORDER GRANTING IGT'S                                    Case No.:  C-06-3717-RMW (PVT)
   MOTION TO ENLARGE TIME TO FILE
   MOTION FOR ATTORNEY FEES

Having reviewed the submissions relating to IGT's Motion to Enlarge Time To File Motion For Attorney Fees and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

IGT may delay the filing of a motion for attorney fees on any bases on which it may be currently entitled until within 14 days after entry of judgment regarding its revival-based inequitable conduct counterclaim.  Failure to move for attorney fees within 14 days of the June 15, 2010, entry of judgment of non-infringement shall not constitute a waiver of IGT's rights to seek attorney fees.

IT IS SO ORDERED

Dated: June 23, 2010

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT

ORDER GRANTING IGT'S MOTION TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY FEES — - 1 -   Case No.:  C-06-3717-RMW (PVTS)