1

2

3

4                                                         **E-FILED on** ___6/29/10___

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., | No. C-06-03717 RMW |
| Plaintiffs, | ORDER PERMITTING SUPPLEMENTAL BRIEFING |
| v. | |
| INTERNATIONAL GAME TECHNOLOGY and IGT, | **[Re Docket No. 868]** |
| Defendants. | |

        The court has considered the papers filed by both parties regarding whether there is a need

for supplemental briefing on the scope of plaintiffs' attorney-client privilege waiver.  The court

hereby orders the following:

        1.      Aristocrat may file a response to IGT's objection to the magistrate judge's discovery

                order of no more than 5 pages on or before July 9, 2010.

        2.      IGT may file a reply to Aristocrat's response, if one is filed, of no more than 5 pages

                on or before July 16, 2010.

DATED:        6/29/10

                                                _____
                                                RONALD M. WHYTE
                                                United States District Judge

**United States District Court**
For the Northern District of California