**E-FILED on** __7/21/10__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | No. C-06-03717 RMW <br><br> ORDER REGARDING IGT'S BILL OF COSTS <br><br> **[Re Docket No. 882]** |

    Aristocrat moves for the court to stay or enlarge the time for Aristocrat to object to IGT's bill of costs. In addition, Aristocrat objects to the inclusion of *pro hac vice* filing fees in IGT's bill of costs. In 2007, the parties had reached an agreement regarding IGT's bill of costs at that time, which included allowing recovery of *pro hac vice* filing fees. It does not appear that there was a clear meeting of the minds regarding whether the 2007 stipulation to allow recovery of *pro hac vice* filing fees remained in effect. It was not unreasonable for IGT to believe that this stipulation remained in effect. IGT has represented that it relied upon this stipulation in not seeking other costs that it originally sought in 2007 but withdrew as part of that stipulation. In light of these circumstances, the court finds that the fairest course of action is to permit IGT to submit a revised bill of costs

ORDER REGARDING IGT'S BILL OF COSTS —No. C-06-03717 RMW
CCL

within ten days of this order. The court finds no reason to delay IGT's cost award and thus denies Aristocrat's motion to stay or enlarge the time for Aristocrat to object to IGT's bill of costs.

DATED: 7/21/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge