**E-FILED on** 9/3/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | No. C-06-03717 RMW<br><br>ORDER DENYING MOTION TO STRIKE AS MOOT<br><br>[Re Docket No. 897] |

On July 21, 2010, plaintiffs Aristocrat Technologies, Australia Pty Limited, and Aristocrat Technologies, Inc. (collectively "Aristocrat") served defendants International Game Technology and IGT (collectively "IGT") with their answer to IGT's first supplemental counterclaims. On August 6, 2010, IGT moved to strike the objections made in Aristocrat's answer. On August 16, 2010, Aristocrat filed an amended answer (that does not contain said objections) to IGT's first supplemental counterclaims pursuant to Federal Rule of Civil Procedure 15(a)(1). In light of Aristocrat's amended answer, the motion to strike is now moot. The court therefore denies IGT's motion to strike without prejudice and vacates the hearing on the motion to strike.

DATED: 9/3/10

Ronald M Whyte
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO STRIKE AS MOOT —No. C-06-03717 RMW
CCL