1  Robert T. Cruzen (State Bar No. 203658)
   rob.cruzen@klarquist.com
2  Jeffrey S. Love (State Bar No. 195068)
   jeffrey.love@klarquist.com
3  Garth A. Winn (Admitted *Pro Hac Vice*)
   garth.winn@klarquist.com
4  KLARQUIST SPARKMAN, LLP
5  121 S.W. Salmon Street, Suite 1600
   Portland, Oregon  97204-2988
6  Telephone:  (503) 595-5300
7  Facsimile:  (503) 595-5301

8  Michael J. Bettinger (State Bar No. 122196)
   mike.bettinger@klgates.com
9  Rachel R. Davidson (Sate Bar No. 215517)
   rachel.davidson@klgates.com
10 K&L Gates LLP
   Four Embarcadero Center, Suite 1200
11 San Francisco, California 94111-5994
   Telephone:  (415) 882-8200
12 Facsimile:  (415) 882-8220

13

14 (Counsel Continued on Subsequent Page)
   *Attorneys for Defendants*
15 INTERNATIONAL GAME TECHNOLOGY and IGT

***E-FILED - 9/17/10***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>    Plaintiffs,<br><br>     v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>    Defendants. | Case No.:  C-06-3717-RMW (PVT)<br><br>**STIPULATED REQUEST AND [] ORDER TO EXTEND TIME TO FILE MOTION RE RESPONSES RE STAYED COUNTERCLAIMS IN PLAINTIFFS' AMENDED ANSWER** |

1  Eric L. Wesenberg (State Bar No. 139696)
2  ewesenberg@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025-1015
4  Telephone: (650) 614-7400
   Facsimile: (650) 614-7401
5
   *Attorneys for Defendants*
6  INTERNATIONAL GAME TECHNOLOGY and IGT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATED REQUEST TO EXTEND                    Case No.:  C-06-3717-RMW (PVT)
    TIME TO MOVE RE RESPONSES
    RE STAYED COUNTERCLAIMS

Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc. (collectively, "Aristocrat") filed their Amended Answer to Defendants International Game Technology and IGT's (collectively, "IGT") Counterclaims on August 16, 2010.  Dkt 906.  IGT's Counterclaims included numerous allegations that pertain to counterclaims that the Court has stayed.  IGT contends that many of the paragraphs in Aristocrat's Amended Answer that respond to the paragraphs relating to the stayed counterclaims are improper.  Aristocrat disagrees.  However, the parties agree that their conferences and any motion practice regarding paragraphs pertaining to the stayed counterclaims should be postponed until the Court lifts the stay of those counterclaims.  Accordingly, the parties request that the Court order that IGT's deadline to file a motion pursuant to Rule 12 regarding those paragraphs in Aristocrat's Amended Answer be extended until 21 days after the Court orders the stay governing IGT's non-revival based counterclaims lifted.  As set forth in the Declaration of Robert Cruzen filed herewith, extending the deadline in this manner will not affect any other date the Court has set in this case.

Dated:  September 10, 2010          By: /s/ Robert T. Cruzen
                                        Robert T. Cruzen (State Bar No. 203658)
                                        rob.cruzen@klarquist.com
                                        Jeffrey S. Love (State Bar No. 195068)
                                        jeffrey.love@klarquist.com
                                        Garth A. Winn (Admitted *Pro Hac Vice*)
                                        garth.winn@klarquist.com
                                        KLARQUIST SPARKMAN, LLP
                                        121 S.W. Salmon Street, Suite 1600
                                        Portland, Oregon  97204-2988
                                        Telephone:  (503) 595-5300
                                        Facsimile:  (503) 595-5301

                                        *Attorneys for Defendants*
                                        INTERNATIONAL GAME TECHNOLOGY and IGT

STIPULATED REQUEST TO EXTEND        - 1 -        Case No.:  C-06-3717-RMW (PVTS)
TIME TO MOVE RE RESPONSES
TO STAYED COUNTERCLAIMS

Dated:  September 10, 2010          By: /s/ Jeremy T. Elman
                                    TERRENCE P. MCMAHON (State Bar No. 71910)
                                    tmcmahon@mwe.com
                                    ANTHONY de ALCUAZ (State Bar No. 65599)
                                    adealcuaz@mwe.com
                                    JEREMY T. ELMAN (State Bar No. 223696)
                                    jelman@mwe.com
                                    McDERMOTT WILL & EMERY LLP
                                    3150 Porter Drive
                                    Palo Alto, CA 94304
                                    Telephone:  (650) 813-5000
                                    Facsimile:  (650) 813-5100

                                    *Attorneys for Plaintiffs*
                                    ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY
                                    LIMITED and ARISTOCRAT TECHNOLOGIES, INC.

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatories.

Dated:  September 10, 2010          By:  /s/ Robert T. Cruzen

STIPULATED REQUEST TO EXTEND          - 2 -       Case No.:  C-06-3717-RMW (PVTS)
TIME TO MOVE RE RESPONSES
TO STAYED COUNTERCLAIMS

## ORDER

Having reviewed the parties' **STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION RE RESPONSES RE STAYED COUNTERCLAIMS IN PLAINTIFFS' AMENDED ANSWER**, and good cause appearing therefore, IT IS HEREBY ORDERED:

The parties' Stipulated Request is GRANTED.

IGT shall have 21 days after the Court orders the stay governing IGT's non-revival based counterclaims lifted to file a motion pursuant to Rule 12 in response to Aristocrat's Amended Answer.

IT IS SO ORDERED

DATED: 9/17/10

Hon. Ronald M. Whyte
UNITED STATES DISTRICT COURT