1   Robert T. Cruzen (State Bar No. 203658)
2   rob.cruzen@klarquist.com
    Jeffrey S. Love (State Bar No. 195068)
3   jeffrey.love@klarquist.com
    Garth A. Winn (Admitted *Pro Hac Vice*)
4   garth.winn@klarquist.com
    KLARQUIST SPARKMAN, LLP
5   121 S.W. Salmon Street, Suite 1600
    Portland, Oregon  97204-2988
6   Telephone:  (503) 595-5300
    Facsimile:  (503) 595-5301
7
    Michael J. Bettinger (State Bar No. 122196)          *E-FILED - 9/17/10*
8   mike.bettinger@klgates.com
    Rachel R. Davidson (Sate Bar No. 215517)
9   rachel.davidson@klgates.com
    K&L Gates LLP
10  Four Embarcadero Center, Suite 1200
    San Francisco, California 94111-5994
11  Telephone:  (415) 882-8200
    Facsimile:  (415) 882-8220
12

13

14  (Counsel Continued on Subsequent Page)
    *Attorneys for Defendants*
15  INTERNATIONAL GAME TECHNOLOGY and IGT

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                    SAN JOSE DIVISION

19  ARISTOCRAT TECHNOLOGIES          Case No.:  C-06-3717-RMW (PVT)
    AUSTRALIA PTY LIMITED and
20  ARISTOCRAT TECHNOLOGIES, INC.,   **STIPULATED REQUEST AND
                                     [] ORDER TO EXTEND
21          Plaintiffs,              TIME TO FILE MOTION RE
                                     RESPONSES RE "REVIVAL-BASED"
22          v.                       COUNTERCLAIMS IN PLAINTIFFS'
                                     AMENDED ANSWER**
23  INTERNATIONAL GAME TECHNOLOGY and
    IGT,
24
            Defendants.
25

26

27

28  STIPULATED REQUEST TO EXTEND          Case No.:  C-06-3717-RMW (PVT)
    TIME TO MOVE RE RESPONSES
    RE REVIVAL-BASED COUNTERCLAIMS

1    Eric L. Wesenberg (State Bar No. 139696)
     ewesenberg@orrick.com
2    ORRICK, HERRINGTON & SUTCLIFFE LLP
3    1000 Marsh Road
     Menlo Park, CA  94025-1015
4    Telephone: (650) 614-7400
     Facsimile: (650) 614-7401
5
     *Attorneys for Defendants*
6    INTERNATIONAL GAME TECHNOLOGY and IGT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATED REQUEST TO EXTEND               Case No.:  C-06-3717-RMW (PVT)
     TIME TO MOVE RE RESPONSES
     RE REVIVAL-BASED COUNTERCLAIMS

1          Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc.

2    (collectively, "Aristocrat") filed their Amended Answer to Defendants International Game

3    Technology and IGT's (collectively, "IGT") Counterclaims on August 16, 2010.  Dkt 906.  IGT

4    contends that many of the paragraphs in Aristocrat's Amended Answer that respond to the

5    paragraphs relating to the revival-based counterclaims are improper.  Aristocrat disagrees.  While the

6    parties have met and conferred regarding their disagreement, they believe that further conferences

7    may produce a resolution without the need for motion practice.  Accordingly, the parties request that

8    the Court order that IGT's deadline to file a motion regarding those paragraphs related to the

9    "revival-based" counterclaims in Aristocrat's Amended Answer be set for September 24, 2010.  As

10   set forth in the Declaration of Robert Cruzen filed herewith, extending the deadline in this manner

11   will not affect any other date the Court has set in this case.

12

13   Dated:  September 10, 2010      By: /s/ Robert T. Cruzen
              Robert T. Cruzen (State Bar No. 203658)

14                 rob.cruzen@klarquist.com
              Jeffrey S. Love (State Bar No. 195068)

15                 jeffrey.love@klarquist.com
              Garth A. Winn (Admitted *Pro Hac Vice*)

16                 garth.winn@klarquist.com
              KLARQUIST SPARKMAN, LLP

17                 121 S.W. Salmon Street, Suite 1600

18                 Portland, Oregon  97204-2988
              Telephone:  (503) 595-5300

19                 Facsimile:  (503) 595-5301

20                 *Attorneys for Defendants*

21                 INTERNATIONAL GAME TECHNOLOGY and IGT

22

23

24

25

26

27   STIPULATED REQUEST TO EXTEND     - 1 -     Case No.:  C-06-3717-RMW (PVTS)

28   TIME TO MOVE RE RESPONSES
RE REVIVAL-BASED COUNTERCLAIMS

1    Dated:  September 10, 2010          By: /s/ Jeremy T. Elman _____

2                                            TERRENCE P. MCMAHON (State Bar No. 71910)
                                             tmcmahon@mwe.com

3                                            ANTHONY de ALCUAZ (State Bar No. 65599)
                                             adealcuaz@mwe.com

4                                            JEREMY T. ELMAN (State Bar No. 223696)
                                             jelman@mwe.com

5                                            McDERMOTT WILL & EMERY LLP
                                             275 Middlefield Road, Suite 100

6                                            Menlo Park, CA 94025

7                                            Telephone:  (650) 815-7400
                                             Facsimile:  (650) 815-7401

8
                                             *Attorneys for Plaintiffs*

9                                            ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY
                                             LIMITED and ARISTOCRAT TECHNOLOGIES, INC.

10

11   Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that

12   concurrence in the filing of this document has been obtained from its signatories.

13   Dated:  September 10, 2010          By:  /s/ Robert T. Cruzen _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27   STIPULATED REQUEST TO EXTEND          - 2 -       Case No.:  C-06-3717-RMW (PVTS)
     TIME TO MOVE RE RESPONSES
28   RE REVIVAL-BASED COUNTERCLAIMS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Having reviewed the parties' **STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION RE RESPONSES RE "REVIVAL-BASED" COUNTERCLAIMS IN PLAINTIFFS' AMENDED ANSWER**, and good cause appearing therefore, IT IS HEREBY ORDERED:

The parties' Stipulated Request is GRANTED.

IGT shall have until September 24, 2010, to file a motion regarding the paragraphs in Plaintiffs' Amended Answer that pertain to the revival-based counterclaims.

IT IS SO ORDERED

DATED: _9/17/10_

_Ronald M. Whyte_

Hon. Ronald M. Whyte
UNITED STATES DISTRICT COURT

STIPULATED REQUEST TO EXTEND          - 3 -          Case No.:  C-06-3717-RMW (PVTS)
TIME TO MOVE RE RESPONSES
RE REVIVAL-BASED COUNTERCLAIMS