UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.,<br><br>　　　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTION<br>_____ | Case No.: C 06-3717 RMW (PVT)<br><br>**INTERIM ORDER RE DEFENDANTS' MOTION TO COMPEL DOCUMENTS**<br><br>**(Re: Docket No. 920)** |

　　　　Currently scheduled for hearing on November 16, 2010 is Defendants' Motion to Compel Documents. Based on the moving, opposition and reply papers submitted,

　　　　IT IS HEREBY ORDERED that, no later than November 16, 2010, Plaintiffs shall submit to the court for in camera review the documents at issue in this motion.

　　　　IT IS FURTHER ORDERED that, absent further order of the court, the motion will be deemed submitted at that time.

Dated: *Nov. 12, 2010*

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*