TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No. C 06-3717 (RMW) <br><br> ELECTRONIC CASE FILING <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON PLAINTIFFS' MOTION FOR LEAVE TO TAKE THE DEPOSITION OF CHRISTOPHER OWENS AFTER THE DISCOVERY CUT-OFF** |

Before the Court is Plaintiffs' Motion to Shorten Time on Plaintiffs' Motion for Leave to Take the Deposition of Christopher Owens After the Discovery Cut-Off. After considering the papers filed in support of Plaintiff's Motion, the responses thereto, and good cause appearing therefore, Plaintiff's Motion is hereby GRANTED as follows:

**Aristocrat's Opening Brief: filed herewith.**

**IGT's Opposition Brief: January 14, 2011.**

**Aristocrat's Reply Brief: January 18, 2011.**

**Hearing on Aristocrat's Motion: January 28, 2011.**

Dated: 1/03/2011

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

DM_US 27346881-1.074272.0016