**United States District Court**
For the Northern District of California

1

2

3

4                                                                      **E-FILED on**   1/28/2011

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| | |
|---|---|
| 12 ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and 13 ARISTOCRAT TECHNOLOGIES, INC., | No. C-06-03717 RMW |
| 14       Plaintiffs, | ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE LATE- 15       v. | DISCLOSED WITNESSES |
| 16 INTERNATIONAL GAME TECHNOLOGY and IGT, | **[Re Docket No. 941]** |
| 17 18       Defendants. | |

19

20      Defendants International Game Technology and IGT (collectively "IGT") move for an order

21  *in limine* precluding plaintiff Aristocrat Technologies, et al. (collectively "Aristocrat") from

22  presenting eight late-disclosed witnesses at trial.  On January 28, 2011, the court held a hearing to

23  consider IGT's motion.  Having considered the papers submitted by the parties and the arguments of

24  counsel, the court hereby allows Aristocrat to call Mr. Greenslade, Mr. Wolin and Mr. Thiessen at

25  trial on the condition that by February 7, 2011, Aristocrat produce a written proffer of anticipated

26  testimony, and that the three witnesses are thereafter produced for deposition at a reasonable time

27  and place for IGT.  The depositions are to take place with the understanding that Aristocrat will do

28

1  everything reasonably possible to have the depositions take place in California, including paying

2  travel costs of deponents.

3

4

5

6

7  DATED:_____1/28/2011_____        _____
                                      RONALD M. WHYTE
                                      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE LATE-DISCLOSED WITNESSES  —No. C-06-03717
RMW
JLR                                         2