**E-FILED on** 1/28/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>Defendants. | No. C-06-03717 RMW<br><br>ORDER GRANTING LEAVE TO TAKE THE DEPOSITION OF CHRISTOPHER OWENS AFTER THE DISCOVERY CUT-OFF<br><br>[Re Docket No. 944] |

Plaintiff Aristocrat Technologies, et al. (collectively "Aristocrat") moves for leave to take the deposition of Mr. Christopher Owens ("Mr. Owens") after the discovery cut-off. On January 28, 2011, the court held a hearing to consider plaintiff's motion. Having considered the papers submitted by the parties and the arguments of counsel, the court hereby grants Aristocrat's motion for leave to take the deposition of Mr. Owens, on the condition that Aristocrat produce Mr. Owens in California at a reasonable time and place.

DATED: 1/28/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge