TERRENCE P. MCMAHON (State Bar No. 71910)
tmcmahon@mwe.com
ANTHONY DE ALCUAZ (State Bar No. 65599)
adealcuaz@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Ste. 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Plaintiffs
ARISTOCRAT TECHNOLOGIES AUSTRALIA
PTY LIMITED and ARISTOCRAT
TECHNOLOGIES, INC.

Robert T. Cruzen (State Bar No. 203658)
rob.cruzen@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204-2988
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*E-FILED - 2/3/11*

Attorneys for Defendants
INTERNATIONAL GAME TECHNOLOGY AND
IGT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No. C 06-3717 (RMW) <br><br> ELECTRONIC CASE FILING <br><br> [ xxxxxxxxxx ] **ORDER GRANTING FILING OF ARISTOCRAT'S CORRECTED SECOND AMENDED ANSWER** |

xxxxxxx Order Granting Filing of
Aristocrat's Corrected Second Amended
Answer

Case No. C 06-3717 (RMW)

Before the Court is the parties' Stipulation Permitting Filing of Aristocrat's Corrected Second Amended Answer. After considering the papers filed in support of the Stipulation, and good cause appearing therefore, the Stipulation is hereby GRANTED so that Aristocrat may file its Corrected Second Amended Answer.

Dated: 2/3/11

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court Judge

DM_US 27545276-1.074272.0016