RECEIVED

2011 MAR 23 P 2: 26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

*E-FILED - 3/24/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.: C-06-3717-RMW (PSG) <br><br> XXXXXXXX ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Salumeh R. Loesch, whose business address and telephone number is:

KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503-595-5300

and who is an active member in good standing of the bar of Oregon and an inactive member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants International Game Technology and IGT.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

XXXXXXXX ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*     - 1 -     Case No.: C-06-3717-RMW (PSG)

1  *vice*. Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

4
5  Dated: ___3/24_____, 2011          _____*Ronald M. Whyte*_____
                                              HON. RONALD M. WHYTE
6                                             UNITED STATES DISTRICT JUDGE

27  XXXXXXX ORDER GRANTING                - 2 -        Case No.: C-06-3717-RMW (PSG)
28  APPLICATION FOR ADMISSION
    OF ATTORNEY *PRO HAC VICE*