1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Ste. 100
4  Menlo Park, CA  94025-4004
   Telephone:     (650) 815-7400
5  Facsimile:     (650) 815-7401

6  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
7  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.
8
                                                          *E-FILED - 3/24/11*
9  ROBERT T. CRUZEN (State Bar No. 203658)
   Rob.cruzen@klarquist.com
10 JEFFREY S. LOVE (State Bar No. 195068)
   Jeffrey.love@klarquist.com
11 GARTH A. WINN (Admitted *Pro Hac Vice*)
   Garth.winn@klarquist.com
12 KLARQUIST SPARKMAN, LLP
   121 S.W. Salmon Street, Suite 1600
13 Portland, Oregon 97204-2988
   Telephone:  (503) 595-5300
14 Facsimile:  (503) 595-5301

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.  C 06-3717 (RMW) <br><br> ELECTRONIC CASE FILING <br><br> **JOINT REQUEST AND [** XXXXXXXXXXXXXX **ORDER TO BRING EQUIPMENT INTO THE COURTROOM FOR APRIL 4, 2011 BENCH TRIAL** <br><br> Date:      April 4, 2011 <br> Time:      1:00 p.m. <br> Location:  Courtroom 6, 4th Floor <br> Before:    Hon. Judge Ronald M. Whyte |

REQUEST AND [ XXXXXXX ORDER TO BRING
EQUIPMENT INTO COURTROOM AT TRIAL                                     Case No.  C 06-3717 (RMW)

Plaintiffs Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc. ("Aristocrat") and Defendants International Game Technology and IGT ("IGT") (collectively "the parties") and their attorneys of record have agreed and hereby jointly request as follows:

The parties have a bench trial scheduled for April 4, 2011 through April 7, 2011, in Courtroom 6, 4th Floor, of the United States Courthouse, located at 280 So. First Street, San Jose, California. In order to prepare for and facilitate the presentation of the evidence, the parties and their respective counsel of record request the Court's permission to bring into Courtroom 6 from the afternoon of April 1, 2011 through April 7, 2011, certain electronic and other equipment and materials which may include any of the following:

1. Portable table (2);
2. Projector;
3. Laptop (8) (4 for Aristocrat and 4 for IGT);
4. Flat panel monitors (4);
5. Document camera;
6. Assorted cables/switches;
7. Other electronic equipment as may be necessary;
8. An easel and display boards for demonstratives; and
9. Various office supplies such as pens, binders, notepads, etc.

DATED: March 23, 2011        Respectfully submitted,

McDERMOTT WILL & EMERY LLP
By    /s/ Anthony de Alcuaz
     Anthony de Alcuaz
     Attorneys for Plaintiffs

DATED: March 23, 2011        KLARQUIST & SPARKMAN, LLP
By    /s/ Robert T. Cruzen
     Robert T. Cruzen
     Attorneys for Defendants

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Anthony de Alcuaz, attest that concurrence in the filing of this document has been obtained.

DATED: March 23, 2011            /s/ Anthony de Alcuaz
                                 Anthony de Alcuaz

**[ xxxxxxxxxxx ORDER**

Upon the joint request of the parties and good cause appearing therefore, Court staff, including Assistant U.S. Marshals on duty, are directed to allow and facilitate the activities set forth above.  IT IS SO ORDERED.

DATED:  3/24/11                  *Ronald M. Whyte*
                                 RONALD M. WHYTE
                                 JUDGE, U.S. DISTRICT COURT