UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED, et al., <br><br> Plaintiffs, <br> v. <br> INTERNATIONAL GAME TECHNOLOGY, et al., <br><br> Defendants. | Case No.: C 06-03717 RMW (PSG) <br><br> **INTERIM ORDER RE DEFENDANTS' MOTION TO COMPEL DOCUMENTS** <br><br> **(Re: Docket No. 920)** |

IT IS HEREBY ORDERED that Plaintiffs shall submit to the court for *in camera* review the unredacted versions of the documents that Plaintiffs included in its waiver production in redacted form.

IT IS FURTHER ORDERED that Plaintiffs shall submit to the court declarations identifying the attorney and the client upon whom the claim of privilege is based for all log entries that do not list an attorney as an author or recipient, including those entries that do not identify any individual author or recipient at all.[1]

---

[1] These declarations need not address log entries that list an attorney and omit the suffix "Esq."

ORDER, *page 1*

1     IT IS FURTHER ORDERED that Plaintiffs must comply with this order no later than March

2 28, 2011.

3 Dated: March 24, 2011

4                                              PAUL S. GREWAL
                                               United States Magistrate Judge

ORDER, *page 2*