UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED, et al.,<br><br>           Plaintiffs,<br>    v.<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.,<br><br>           Defendants. | Case No.: C 06-03717 RMW (PSG)<br><br>**FURTHER INTERIM ORDER** |

On November 12, 2010, Judge Trumbull ordered Plaintiffs Aristocrat Technologies, Australia Pty Limited and Aristocrat Technologies, Inc. (collectively "Aristocrat") to submit documents to the court for *in camera* review. Among the documents Aristocrat submitted were documents that contain redactions, which would appear to undermine the whole point of conducting an *in camera* review.[1]

IT IS HEREBY ORDERED that Aristocrat shall submit to the court unredacted versions of the redacted documents previously submitted for *in camera* review. Aristocrat shall comply with

---

[1] *See e.g.*, Document Nos. 1406–1434.

ORDER, *page 1*

this order no later than March 29, 2011 at 5 p.m.

Dated: March 28, 2011

> PAUL S. GREWAL
> United States Magistrate Judge

ORDER, *page 2*