1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Ste. 100
4  Menlo Park, CA  94025-4004
   Telephone:    (650) 815-7400
5  Facsimile:    (650) 815-7401

6  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
7  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | Case No.  C 06-3717 (RMW) <br><br> ELECTRONIC CASE FILING <br><br> [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL |
|---|---|

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL        1        Case No.  C 06-3717 (RMW)

**ORDER**

Having reviewed the submissions relating to Plaintiffs' Administrative Request to File Under Seal Portions of (1) Plaintiffs' Trial Brief and (2) Plaintiffs' Proposed Findings of Fact and Law and the Declaration of Jeremy T. Elman in Support Thereof it is hereby ORDERED that:

The following portions of documents may be filed under seal:

1. Plaintiffs' Trial Brief
    a) Page 33, lines 20 – Page 35, line 6;
2. Plaintiffs' Proposed Findings of Fact and Law
    a) Page 30, lines 26 – Page 32, line 18 (proposed findings of fact nos. 298 – 317).

**IT IS SO ORDERED.**

DATED: 04/01/2011

*Ronald M. Whyte*
RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT

DM_US 27842500-1.074272.0016

[[PROPOSED]] ORDER GRANTING MOTION TO FILE UNDER SEAL        2        Case No. C 06-3717 (RMW)