Robert T. Cruzen (State Bar No. 203658)
rob.cruzen@klarquist.com
Jeffrey S. Love (State Bar No. 195068)
jeffrey.love@klarquist.com
Garth A. Winn (Admitted *Pro Hac Vice*)
garth.winn@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204-2988
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Michael J. Bettinger (State Bar No. 122196)
mike.bettinger@klgates.com
Rachel R. Davidson (Sate Bar No. 215517)
rachel.davidson@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

*Attorneys for Defendants*
INTERNATIONAL GAME TECHNOLOGY and IGT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br>    Plaintiffs, <br><br>     v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br>    Defendants. | Case No.:  C-06-3717-RMW (PSG) <br><br> **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL IGT'S OBJECTIONS TO ARISTOCRAT'S PROPOSED FINDINGS OF FACT AND LAW AND DECLARATION OF GARTH A. WINN IN SUPPORT OF IGT'S OBJECTIONS** |

| | |
|---|---|
| ORDER GRANTING <br> IGT'S REQUEST TO SEAL | Case No.:  C-06-3717-RMW (PSG) |

Having reviewed the submissions relating to IGT's Administrative Request To File Under Seal IGT's Objections To Aristocrat's Proposed Findings Of Fact And Law; And Declaration Of Garth. A Winn In Support Of IGT's Objections with Exhibit A, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

IGT's request to file under seal is granted and IGT's Objections To Aristocrat's Proposed Findings Of Fact And Law; And Declaration Of Garth. A Winn In Support Of IGT's Objections with Exhibit A is ordered filed under seal.

IT IS SO ORDERED

Dated_____04/01/2011_____    _____*Ronald M. Whyte*_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING                    - 1 -        Case No.:  C-06-3717-RMW (PSG)
IGT'S REQUEST TO SEAL