1  TERRENCE P. MCMAHON (State Bar No. 71910)
   tmcmahon@mwe.com
2  ANTHONY DE ALCUAZ (State Bar No. 65599)
   adealcuaz@mwe.com
3  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Ste. 100
4  Menlo Park, CA  94025-4004
   Telephone:    (650) 815-7400
5  Facsimile:    (650) 815-7401

6  Attorneys for Plaintiffs
   ARISTOCRAT TECHNOLOGIES AUSTRALIA
7  PTY LIMITED and ARISTOCRAT
   TECHNOLOGIES, INC.
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., | Case No.  C 06-3717 (RMW) |
|---|---|
| Plaintiffs, | ELECTRONIC CASE FILING |
| v. | **DECLARATION OF JEREMY T. ELMAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBITS TO THE DECLARATION OF ROBERT T. CRUZEN IN SUPPORT OF IGT'S MOTION TO COMPEL (DKT. 921)** |
| INTERNATIONAL GAME TECHNOLOGY and IGT, | |
| Defendants. | Date:      N/A<br>Time:      N/A<br>Location: Courtroom 8, 4th Floor<br>Before:    Hon. Judge Paul S. Grewal |

Decl. of Jeremy T. Elman ISO Defendants'
Administrative Request to File Under Seal                                CASE NO. C 06-3717 (RMW)
(Dkt. 921)

I, Jeremy T. Elman, the undersigned, declare:

I am a partner at the law firm of McDermott Will & Emery LLP, and I am duly licensed to practice before all the Courts of the State of California as well as the United States District Court for the Northern District of California. I am an attorney of record for Aristocrat Technologies Australia Pty Limited and Aristocrat Technologies, Inc. (collectively, "Aristocrat") in this case. I have personal knowledge of the facts set forth herein and can testify competently thereto. I make this declaration in support of Defendants' Administrative Request to File Under Seal Exhibits to the Declaration of Robert T. Cruzen In Support of IGT's Motion to Compel (Dkt. 921).

1. The documents that are sought to be filed under seal contain highly sensitive confidential business information of Plaintiff Aristocrat that are protectable as a trade secret or otherwise entitled to protection under the law. Judge Whyte has specifically held that such confidential business information may be filed under seal. *See* Dkt. 794, at 1 ("A request to seal must establish that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a).") (citing L.R. 79-5(a)).

2. Specifically, Exhibit K to the Declaration of Robert T. Cruzen (Dkt. 921) contains 8 emails and 2 attachments (26 pages total) that contain specific references to Aristocrat's patent portfolio, Aristocrat's patent prosecution strategies, and the status of Aristocrat's outside patent prosecution counsel. These emails and attachments contain references to Aristocrat's organization of its patent portfolio, how Aristocrat tracks its patent application materials, the importance of certain patent applications, and the role of Aristocrat's outside patent prosecution counsel in those certain patent applications. Therefore, public disclosure of these emails and attachments would improperly reveal confidential business information of Aristocrat that may be protectable as a trade secret or otherwise, such as under privacy laws on behalf of Aristocrat or its' outside patent prosecution counsel. The 8 emails and 2 attachments were produced pursuant to an attorney-client waiver by Aristocrat and designed as "Confidential" or "Highly Confidential" pursuant to the parties' Protective Order.

3. The request is narrowly tailored to seek sealing of only sealable material. Aristocrat requests only that the 8 emails and 2 attachments (26 pages total) of Exhibit K be filed under seal.

4. Aristocrat has no objection to Exhibit L to the Declaration of Robert T. Cruzen (Dkt. 921) being publicly filed.

5. The underlying Motion to Compel has already been ruled on and the trial related to these issues has already been completed.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed on April 13, 2011, at Miami, Florida.

/s/ Jeremy T. Elman
Jeremy T. Elman

Decl. of Jeremy T. Elman ISO Defendants' Administrative Request to File Under Seal (Dkt. 921) - 3 - CASE NO. C 06-3717 (RMW)

CERTIFICATE OF SERVICE

I, Linda Rohrer, declare:

I am a citizen of the United States and employed in San Mateo County, California. I am over the age of eighteen years and not a party in the above captioned case. My business address is 275 Middlefield Road, Ste. 100, Menlo Park, CA 94025-4004. I certify that on April 13, 2011, Declaration of Jeremy T. Elman in Support of Defendants' Administrative Request to File Under Seal Exhibits to the Declaration of Robert T. Cruzen in Support of IGT's Motion to Compel (Dkt. 921) was electronically filed with the Clerk of the Court and served on all counsel of record using the CM/ECF System.

Executed on April 13, 2011, at Menlo Park, California.

/s/ Linda Rohrer

Linda Rohrer

DM_US 28047953-2.074272.0016

Decl. of Jeremy T. Elman ISO Defendants' Administrative Request to File Under Seal (Dkt. 921)   - 4 -   CASE NO. C 06-3717 (RMW)