**E-FILED on** 04/13/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES, AUSTRALIA PTY LIMITED and ARISTOCRAT TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL GAME TECHNOLOGY and IGT, <br><br> Defendants. | No. C-06-03717 RMW <br><br><br> ORDER WITHDRAWING MOTION FOR DEPOSITION <br><br><br><br> **[Re Docket No. 1026]** |

On April 3, 2011, International Game Technology and IGT (collectively "IGT") moved for a deposition. On April 5, 2011, the parties reached an agreement regarding the subject matter of IGT's requested deposition and IGT withdrew its motion. Accordingly, IGT's request to file under seal and its motion to shorten time are moot.

DATED: 04/13/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER WITHDRAWING MOTION FOR DEPOSITION   —No. C-06-03717 RMW
JLR