UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES AUSTRALIA PTY LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY, et al.,<br><br>Defendants. | Case No.: C 06-03717 RMW (PSG)<br><br>**ORDER GRANTING-IN-PART AND DENYING-IN-PART MOTION TO SEAL**<br><br>**(Re: Docket No. 921)** |

Having reviewed the submissions relating to Defendants' Administrative Motion To File Under Seal Exhibits To The Declaration Of Robert T. Cruzen In Support Of IGT's Motion to Compel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' motion to file under seal is GRANTED as to Exhibit K to the Declaration of Robert Cruzen.

IT IS FURTHER ORDERED that Defendants' motion to file under seal is DENIED as to Exhibit L to the Declaration of Robert Cruzen. Defendants moved to file Exhibit L under seal because the document was designated confidential by Plaintiffs. Plaintiffs, however, have declared they have no objection to the document being publicly filed.[1] Thus, Exhibit L to the

---

[1] *See* 4/13/11 Jeremy Elman Decl. ¶ 4 (Docket No. 1038).

ORDER, *page 1*

1 | Declaration of Robert Cruzen shall be made part of the public record.

2 | Dated: April 13, 2011

3 | _____
PAUL S. GREWAL
4 | United States Magistrate Judge