# EXHIBIT L

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


ARISTOCRAT TECHNOLOGIES,

AUSTRALIA PTY LIMITED AND

ARISTOCRAT TECHNOLOGIES, INC.,

    Plaintiffs and

    Counterclaim Defendants,

vs.    Case No. C-06-3717-MJJ(JLL)

INTERNATIONAL GAME TECHNOLOGY,

    Defendant,

and

IGT,

    Defendant and

    Counterclaim Plaintiff,

_____

DEPOSITION OF GAVIN ISAACS

LAS VEGAS, NEVADA

JUNE 1, 2007


DEPOSITION OF GAVIN ISAACS, taken at 3930 Howard Hughes

Parkway, Fourth Floor, Las Vegas, Nevada, on Friday,

June 1, 2007, at 9:14 a.m., before Donna J. Rudolph, RPR,

Certified Court Reporter, in and for the State of Nevada.

a6edf6ba-8952-464a-bfbd-f39e5d898178

1   A   Yes.
2   Q   Which one?
3   A   Aristocrat Technologies Australia, PTY Limited.
4   Q   And is that the company that's identified as one
5   of the plaintiffs in the caption of the -- on the subpoena
6   that you received in this case?
7       MR. de ALCUAZ:  Objection.  Lacks -- lacks
8   foundation.  Calls for speculation.
9       THE WITNESS:  Appears to be.  Yes.
10  BY MR. LOVE:
11  Q   And what was your -- when did you start working
12  for Aristocrat Technologies Australia, PTY Limited?
13  A   Roughly January 1999.
14  Q   What was your position when you were first hired?
15  A   General manager, legal and compliance.
16  Q   How long did you work at Aristocrat Technologies
17  Australia?
18  A   From the beginning of my employment in 1999 until
19  roughly March 2002.
20  Q   When you left that company in March 2002, was your
21  title still general manager, legal and compliance?
22  A   No.
23  Q   What was it when you left?
24  A   General manager, marketing and business
25  development.

Page 13

1    Q    When did you assume that job title?
2    A    Roughly the end of 2000.
3    Q    Did you have other job titles when you were
4    working at Aristocrat --
5    A    Yes.
6    Q    -- Technologies Australia?
7    A    Sorry.  Yes.
8    Q    Which other job titles did you have?
9    A    General manager, corporate services.
10   Q    When were you given that title?
11   A    Sometime in 1999.
12   Q    Any others?
13   A    I don't specifically recall what it was, but it
14   was a combination of corporate services and marketing.
15   Q    Was that sometime after the general manager,
16   corporate services position?
17   A    Yes.
18   Q    When you were there, was there a -- a movement in
19   your job duties away from legal and compliance issues and
20   toward marketing issues?
21   A    Yes.
22   Q    Prior to January 1999, did you work for any
23   Aristocrat company?
24   A    No.
25   Q    Did you work for any company related to an

Gavin Isaacs                                               June 1, 2007

Page 17

1     Q     Thank you.
2           Would you please also read Claim 1 of the patent,
3     which is on the second-to-last page.  It starts in the --
4     near the end of the page on the right-hand column.  And
5     you'll see a paragraph that begins "The invention claimed
6     is," and then the next paragraph starts with a "1."  That's
7     line 45.
8     A     (Examining.)
9     Q     So it'd be Column 8 at the top, line 45.  That
10    there.
11    A     (Indicating.)  Correct?
12    Q     Yep.  I just want you to read Claim 1, which is --
13    which goes on to the next page.
14    A     (Examining.)  Just the first claim?
15    Q     Yes.
16    A     Thank you.
17    Q     Have you seen that claim language before?
18    A     Not that I recall.
19    Q     Do you understand it, the first claim of the 215
20    patent?
21    A     Not precisely.
22    Q     Are you a patent lawyer by trade before you went
23    to work for Aristocrat?
24    A     No.
25    Q     Are you a member of any patent Bar, like the

a6edf6ba-8952-464a-bfbd-f39e5d898178

Gavin Isaacs                                                June 1, 2007

Page 18

1   Australian Bar for patent attorneys?

2       A   No.

3       Q   Have you ever prepared a patent application?

4       A   No.

5       Q   I'll note for the record that the first page of
6   Exhibit 27 indicates that the date of the patent on the top
7   right, it says June 6, 2006.

8           Were you aware that this patent issued before you
9   left Aristocrat Technologies, Inc.?

10          MR. de ALCUAZ:  Objection.  Assumes facts not in
11  evidence.

12          THE WITNESS:  I don't believe so.

13  BY MR. LOVE:

14      Q   Were you aware that a patent on this general
15  subject matter was going to issue in the United States or
16  was expected to issue in the United States before you left
17  Aristocrat Technologies, Inc.?

18          MR. de ALCUAZ:  Objection.  Vague.

19  BY MR. LOVE:

20      Q   In June 2006.

21          MR. de ALCUAZ:  Compound.

22          THE WITNESS:  Are you asking whether, in
23  June 2006, I was expecting a patent to issue?

24  BY MR. LOVE:

25      Q   No.  I'm just asking whether before you left