CIVIL TRIAL MINUTES   *E-FILED*
NORTHERN DISTRICT OF CALIFORNIA

Date: April 4, 2011
Time: *4 hrs.& 5 mins.*

Before:   RONALD M. WHYTE        Presiding Judge

          JACKIE GARCIA          Courtroom Deputy Clerk

          LEE-ANNE SHORTRIDGE    Court Reporter

CASE NO.  C-06-03717-RMW

CASE TITLE: ARISTOCRAT TECHNOLOGIES, INC. vs. I.G.T.

ATTY. APPEARANCES: PLF: A. de Alcuaz, J. Elman, T. Ahearn
                   DFT: J. Love, R. Cruzen, S. Loesch

PROCEEDINGS: COURT TRIAL

1:00 PM: The Court went over the remaining motions in-limine. The Court denies without prejudice the motion in-limine to exclude evidence and arguments pertaining to unrelated application [Dkt. #981] and the motion in-limine to exclude the expert opinion of Charles Van Horn [Dkt. 982]. The parties began with opening statements. IGT called their first witness to the stand. W#1 - Paul Lawrence Gardner took the stand. Further court trial proceedings is set for 4/5/11 @ 8:00 AM.

Exhibits: Admitted: 42, 51, 54, 55, 168, 169, 170