CIVIL TRIAL MINUTES          *E-FILED*
NORTHERN DISTRICT OF CALIFORNIA


Date: April 6, 2011
Time: *4 hrs.& 30 mins.*


Before:    RONALD M. WHYTE          Presiding Judge

           JACKIE GARCIA            Courtroom Deputy Clerk

           LEE-ANNE SHORTRIDGE      Court Reporter


CASE NO.  C-06-03717-RMW

CASE TITLE: ARISTOCRAT TECHNOLOGIES, INC. vs. I.G.T.


ATTY. APPEARANCES: PLF: A. de Alcuaz, J. Elman, T. Ahearn
                   DFT: J. Love, R. Cruzen, S. Loesch

PROCEEDINGS: FURTHER COURT TRIAL PROCEEDINGS

8:00 AM: The videotaped deposition of W#2 - Shahan Islam resumed.

W#3 - Christopher Owens - videotaped deposition was played.  W#4 -

Kieran Power - videotaped deposition was played.  IGT rest.

Plaintiffs call their first witness.  W#5 - David Greenslade to the

stand.  Witness was excused.  W#3 - Christopher Owens - videotaped

deposition played.  W#6 - Harris Wolin took the stand.  Witness was

excused.  W#2 - Shahan Islam videotaped deposition played.  Further

court trial proceedings set for 4/7/11 @ 8:00 AM.




Exhibits: Admitted: 159D, 160D, 161D, 162D