| | |
|---|---|
| Robert T. Cruzen (State Bar No. 203658)<br>rob.cruzen@klarquist.com<br>Jeffrey S. Love (State Bar No. 195068)<br>jeffrey.love@klarquist.com<br>Garth A. Winn (Admitted *Pro Hac Vice*)<br>garth.winn@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon  97204-2988<br>Telephone:  (503) 595-5300<br>Facsimile:  (503) 595-5301<br><br>Michael J. Bettinger (State Bar No. 122196)<br>mike.bettinger@klgates.com<br>Rachel R. Davidson (Sate Bar No. 215517)<br>rachel.davidson@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone:  (415) 882-8200<br>Facsimile:  (415) 882-8220<br><br>*Attorneys for Defendants*<br>INTERNATIONAL GAME TECHNOLOGY and IGT | Terrence P. McMahon (State Bar No. 71910)<br>tmcmahon@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, California  94025<br>Telephone:  (650) 815-7400<br>Facsimile:  (650) 815-7401<br><br>Jeremy T. Elman (State Bar No. 223696)<br>jelman@mwe.com<br>MCDERMOTT WILL & EMERY LLP<br>333 Avenue of the Americas, Ste. 4500<br>Miami, Florida 33131<br>Tel.  305.358.3500<br>Fax  305.347.6500<br><br>*Attorneys for Plaintiffs*,<br>ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY LIMITED and<br>ARISTOCRAT TECHNOLOGIES, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ARISTOCRAT TECHNOLOGIES<br>AUSTRALIA PTY LIMITED and<br>ARISTOCRAT TECHNOLOGIES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERNATIONAL GAME TECHNOLOGY and IGT,<br><br>    Defendants. | Case No.:  C-06-3717-RMW (PSG)<br><br>**[] ORDER GRANTING<br>MOTION FOR DISMISSAL OF ALL<br>CLAIMS AND COUNTERCLAIMS** |

**ORDER**

Having reviewed the parties' Joint Stipulation of and Motion for Dismissal of All Claims and Counterclaims; it is hereby ORDERED that all claims and counterclaims are dismissed with prejudice and without an award of costs or attorney fees.

**IT IS SO ORDERED.**

DATED: ï ÐÍ€ÐFH  _____

_____
RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT

DM_US 43778381-1.074272.0016

[] ORDER DISMISSING ALL         - 1 -         Case No.: C-06-3717-RMW (PSG)
CLAIMS & COUNTERCLAIMS